# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: April 19, 2006**

## O R D E R

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 65 days, through and including June 21, 2006, within which to respond to the plaintiff's complaint. The court **GRANTS** the defendant's motion and **ORDERS** the defendant to respond to the plaintiff's complaint on or before **Wednesday, June 21, 2006**. To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Friday, June 23, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. No motions for summary judgment shall be filed before the June 23, 2006 conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**