# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: May 31, 2006**

## O R D E R

A conference was scheduled in the above-captioned case for June 26, 2006. The court **RESCHEDULES** the conference to **Friday, July 7, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. No motions for summary judgment shall be filed before the July 7, 2006 conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**