# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **OAK ENVIRONMENTAL CONSULTANTS, INC.,** | |
| **Plaintiff,** | **No. 06-113C** |
| **v.** | **Filed: June 27, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

A conference was scheduled in the above-captioned case for July 7, 2006. The court **RESCHEDULES** the conference to **Thursday, July 6, 2006 at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. No motions for summary judgment shall be filed before the July 6, 2006 conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**