# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

OAK ENVIRONMENTAL CONSULTANTS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: July 6, 2006**

## O R D E R

A status conference was held in the above-captioned case on July 6, 2006. During the conference, the parties discussed how the case shall proceed. As discussed during the conference, the court **ORDERS** the parties to file a joint stipulation of facts on or before **Friday, August 25, 2006**. The parties' stipulations shall be comprehensive and include as an appendix any documents relevant to the stipulated facts. The defendant shall file its motion for summary judgment on or before **Friday, September 15, 2006**. The defendant's motion shall cite to the joint stipulation of facts and any relevant documents. To discuss whether discovery is necessary before the plaintiff responds to the defendant's motion, the court **ORDERS** the parties to appear at a status conference on **Wednesday, September 20, 2006 at 2:30 p.m. EDT**. Counsel for the plaintiff should not file a response to defendant's motion for summary judgment prior to the September 20, 2006 status conference. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**