IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant respectfully requests an enlargement of time of 18 days, from August 25, 2006, through and including September 12, 2006, for the parties to file their joint stipulation of facts. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this motion.

This action arises from a Navy construction contract. The parties have worked diligently upon the proposed stipulated facts. Each side has prepared a draft of its proposed facts. Plaintiff's counsel has forwarded its proposed facts to the Government. We are reviewing plaintiff's facts to see if they can be reconciled with the Government's facts. Once this review is completed, we will forward a proposed revised statement of facts to plaintiff's counsel. We intend to incorporate any of plaintiff's facts with which we are in agreement, as well as our own facts, in the revised statement.

In addition, we have been advised that plaintiff's counsel of record is out of his office for approximately the next two weeks, although we expect to work with another attorney in his office during that time. However, we are advised that plaintiff's counsel of record will want to review the joint stipulations before they are filed.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including September 12, 2006, for the parties to file their joint stipulations of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 25, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 25th day of August 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder