# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: August 25, 2006**

## O R D E R

The court is in receipt of the defendant's August 25, 2006 unopposed motion for an enlargement of time of 18 days, to and including September 12, 2006, within which the parties shall file their joint stipulation of facts. Defendant's motion for an enlargement of time is **GRANTED**. The parties shall file their joint stipulation of facts on or before **Tuesday, September 12, 2006**. The parties' stipulations shall be comprehensive, and shall include and cite to supporting documents in an appendix to the stipulations. In order to ensure that the defendant's motion for summary judgment fully cites to the joint stipulations and supporting documents, defendant shall file its brief on or before **Tuesday, September 26, 2006**. To discuss whether discovery is necessary before the plaintiff responds to the defendant's motion, and whether there are material facts in dispute, the court **RESCHEDULES** the September 20, 2006 status conference for **Tuesday, October 3, 2006 at 3:30 p.m. EDT**. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment prior to the October 3, 2006 status conference. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**