IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of seven days, from September 12, 2006, through and including September 19, 2006, for the parties to file their joint stipulation of facts ("joint facts"). We previously have been granted an 18-day enlargement of time for this purpose. Plaintiff's counsel does not oppose this motion.

This action arises from a Navy construction contract. The parties have worked diligently, and cooperatively, upon the proposed joint facts. The Government has prepared a comprehensive draft of the joint facts. In that draft, the Government attempted to combine, into a single document, the substance of the proposed facts contained in the parties' earlier drafts. Counsel for the parties thereafter had a detailed discussion of the latest joint facts.

The Government is now in the process of further revising the proposed joint facts, based upon the input received from

plaintiff’s counsel. Once that task is completed, we will forward a proposed revised statement of facts to plaintiff’s counsel.

In general, the parties appear to be in agreement regarding a significant majority of the facts to be included in the joint facts. Based upon counsels’ recent discussion, certain facts are being eliminated and certain others are being amended. Further clarification regarding a small number of facts also is required. Once this process is completed, counsel for the Government must submit the draft for final agency approval and Department of Justice review. However, we are advised that agency counsel currently is on travel and will not be back in her office until later this week. Thus, this process will require a few more days.

Finally, counsel for the Government has provided plaintiff’s counsel with a proposed appendix. The pages of that document have been numbered and citations to the appendix are contained in the draft joint facts. Plaintiff’s counsel has raised no objection to any of the documents contained in the appendix.

We did not file this motion sooner because we had hoped, until recently, that the joint facts would be complete by the current deadline.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of

time, through and including September 19, 2006, for the parties to file their joint stipulations of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 12, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 12th day of September 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder