IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of three days, from September 19, 2006, through and including September 22, 2006, for the parties to file their joint stipulation of facts ("joint facts"). We previously have been granted two enlargements of time totaling 25 days for this purpose. Plaintiff's counsel does not oppose this motion.

This action arises from a Navy construction contract. The parties have worked diligently, and cooperatively, upon the proposed joint facts. The parties have agreed upon the contents of joint facts with the exception of one factual statement. Unfortunately, undersigned counsel has been unable to reach agency counsel to confirm the statement. If it ultimately is determined that the factual statement should be omitted, several other paragraphs may need to be revised or omitted. Accordingly, we respectfully request a brief enlargement of time to enable

counsel resolve the one outstanding issue regarding the joint facts.

We did not file this motion sooner because we had hoped, until this afternoon, that the joint facts would be complete by the current deadline.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including September 22, 2006, for the parties to file their joint stipulations of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 19, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 19th day of September 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE JOINT STIPULATION OF FACTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder