# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

Initials & Control Number:

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00001

3. EFFECTIVE DATE: 6 January 2003

4. REQUISITION/PURCHASE REQ. NO.: N/A

5. PROJECT NO. (If

6. ISSUED BY — CODE: N62472

ROICC
NAVFAC Contracts
1 Simonpietri Drive
Newport, RI 02841-1712

7. ADMINISTERED BY (If other than Item 6) — CODE: R21

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

OAK ENVIRONMENTAL CONSULTANTS, INC
600 N. ROUTE 73
SUITE 12
MARLTON, NJ 08060

CODE: 02YA4 | FACILITY CODE: 809571375

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: N62472-02-C-0095

10B. DATED (SEE ITEM 13): 30 SEP 02

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.243-4, CHANGES (ADMN) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ANCHORAGE HOUSING REPAIR PROJECT, NAVAL STATION, NEWPORT, RI

1. In reference to Oak Environmental's Request for Information(RFI)#0002 dated 26 November 2002, regarding their proposal to change the contract requirement in Sub-Paragraph 18a(i), Safety Specialist, the parties hereto mutually agree as negotiated to the changes described on page 2:

(see next page)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and full force and effect.

POINT OF CONTACT:

DISTRIBUTION:

15A. NAME AND TITLE OF SIGNER (Type or print): BRUCE NEWMAN, DIRECTOR OF OPERATIONS

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Karen Sampson, NAVFAC CONTRACTS, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR — BY [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 1/27/03

16B. UNITED STATES OF AMERICA — BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 1/29/03

| CONTINUATION SHEET | REFERENCE NUMBER. OF DOCUMENT BEING CONTINUED N62472-02-C-0095 / P00001 | PAGE 2 |
| --- | --- | --- |
| NAME OF OFFEROR OR CONTRACTOR: ROBERT F. AUDET, Inc. | | |

- **The duties of the Contractor Quality Control (CQC) System Manager shall be combined with the duties of the Safety Specialist and shall have no other duties. The duties and requirements of the CQC System Manager and Safety Specialist shall remain the same as specified in the contract. The CQC System Manager/Safety Specialist cannot assume the duties of the Project Superintendent in addition to quality control.**

2. As a result of this modification the contract value remains $2,453,163.00.
3. The contract completion date remains 30 September 2003.

4. Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to the work as herein revised.

SUBMIT INVOICES TO: ROICC, NAVFAC CONTRACTS, BLDG 1, SIMONPIETRI DR, NEWPORT, RI 02841-1712

PAYMENT WILL BE MADE BY: DFAS Oakland, Oakland, CA

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

Initials & Control Number:

1. CONTRACT ID CODE
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00002
3. EFFECTIVE DATE: 31 March 2003
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. (If

6. ISSUED BY — CODE: N62472
ROICC
NAVFAC Contracts
1 Simonpietri Drive
Newport, RI 02841-1712

7. ADMINISTERED BY (If other than Item 6) — CODE: R21
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
OAK ENVIRONMENTAL CONSULTANTS, INC
600 N. ROUTE 73
SUITE 12
MARLTON, NJ 08060

CODE: 02YA4 FACILITY CODE: 809571375

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO.: N62472-02-C-0095
10B. DATED (SEE ITEM 13): 30 SEP 02

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.243-4, CHANGES (CREQ) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ANCHORAGE HOUSING REPAIR PROJECT, NAVAL STATION, NEWPORT, RI

1. The parties hereto mutually agree to the following changes at no additional cost to the Government, as negotiated to accomplish the following work:

(see next page)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

POINT OF CONTACT:
DISTRIBUTION:

15A. NAME AND TITLE OF SIGNER (Type or print): Edward J. Eichen
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Karen Sampson, NAVFAC CONTRACTS, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR BY [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 04/02/03
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 4/02/03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR 53.243

| CONTINUATION SHEET | REFERENCE NUMBER OF DOCUMENT BEING CONTINUED N62472-02-C-0095 / P00001 | PAGE 2 |
|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR: ROBERT F. AUDET, Inc. | | |

- Attachment No. 5, Pages 82 and 83, of the specification is REVISED to reflect the DELETION of item "C - Repair Bathroom" and item "F- "Replace Lighting & Smoke Detectors" from 79 addresses listed in enclosure (1) and the ADDITION of item "C - Repair Bathroom" and item "F - Replace Lighting & Smoke Detectors" to 79 new addresses listed in enclosure (2).

- The total amount of items C and F remains at 240.

2. As a result of this modification the contract value remains $2,453,163.00.
3. The contract completion date remains 30 September 2003.

4. Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to the work as herein revised.

SUBMIT INVOICES TO: ROICC, NAVFAC CONTRACTS, BLDG 1, SIMONPIETRI DR, NEWPORT, RI 02841-1712

PAYMENT WILL BE MADE BY: DFAS Oakland, Oakland, CA

| REVISED PER MOD P00002----TABLE 2 - SCHEDULE OF WORK PER UNIT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT ADDRESS | | SCOPE ITEM (NUMBER OF ITEMS PER BUILDING) | | | | | | | | |
| STREET | UNIT # | A | B | C | D | E | F | G | H | |
| Constellation | 1 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 1 |
| | *9 (A,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 2 |
| | 8(A,B) | | | 4 | | | 4 | | | 3 |
| | 12(D) | | | 1 | | | 1 | | | 4 |
| Constitution | 6 (A,B) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 5 |
| | 9(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 6 |
| | 10(A,C,D) | 1 | 2 | 3 | 1 | | 3 | 2 | 0 | 7 |
| | 11(D) | | | 1 | | | 1 | | | 8 |
| Lake Erie | 102 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 9 |
| | 106 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 10 |
| | 108 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 11 |
| | 112(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 12 |
| | 114 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 13 |
| | 116 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 14 |
| | 117(ABCD | | | 4 | | | 4 | | | 15 |
| | 119(ABCD) | | | 4 | | | 4 | | | 16 |
| | 120 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 17 |
| | 121(ABCD) | | | 4 | | | 4 | | | 18 |
| | 124 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 19 |
| | 127(ABC) | | | 4 | | | 4 | | | 20 |
| | 128 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 21 |
| | 129(ABCD) | | | 4 | | | 4 | | | 22 |
| | 130 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 23 |
| | 132 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 24 |
| | 136 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 25 |
| | 137(ABCD) | | | 4 | | | 4 | | | 26 |
| | 140 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 27 |
| | 142 | | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 28 |
| | 145(ABCD) | | | 4 | | | 4 | | | 29 |
| Niagara | 101(B,C,D) | 1 | | 2 | 1 | 1 | 2 | | 0 | 30 |
| | 102 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 31 |
| | 103 (B) | | | 2 | | | 2 | | | 32 |
| | 106(BCD) | 1 | 2 | 3 | 1 | | 3 | 2 | 0 | 33 |
| | 107(B) | | | 2 | | | 2 | | | 34 |
| | 110(A,B) | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 0 | 35 |
| | 112 (A) | 1 | 2 | 1 | 1 | | 1 | 2 | 0 | 36 |
| | 113(A) | | | 2 | | | 2 | | | 37 |
| | 114(A,D) | | 2 | 2 | 1 | | 2 | 2 | 0 | 38 |
| | 118(B,C) | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 0 | 39 |
| | 119(A,B) | | | 4 | | | 4 | | | 40 |
| | 120(AC) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 41 |
| | 121(B) | | | 2 | | | 2 | | | 42 |
| | 122(BD) | | 2 | 2 | 1 | | 2 | 2 | 0 | 43 |
| | 124(BC) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 44 |
| | 128 (C | 1 | 2 | 1 | 1 | | 1 | 2 | 0 | 45 |
| | 129(B) | | | 2 | | | 2 | | | 46 |
| | 133(A) | | | 2 | | | 2 | | | 47 |
| | 136 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 48 |
| | 140(ABC) | 1 | 2 | 3 | 1 | 1 | 3 | 2 | 0 | 49 |
| | 141(B) | | | 2 | | | 2 | | | 50 |
| | 142(B) | 1 | 2 | 1 | 1 | | 1 | 2 | 0 | 51 |

| STREET | UNIT # | A | B | C | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence | 100 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 52 |
| | 102 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 53 |
| | 103 | 1 | 2 | 0 | 1 | | 0 | 2 | 0 | 54 |
| | 106 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 55 |
| | 107(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 56 |
| | 110 | | 2 | 4 | 1 | | 4 | 2 | 0 | 57 |
| | 111 (C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 58 |
| | 112 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 59 |
| | 114(C,D) | | 2 | 3 | 1 | | 3 | 2 | 0 | 60 |
| | 115(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 61 |
| | 117 | 1 | 2 | 0 | 1 | 1 | 0 | 2 | 0 | 62 |
| | 118(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 63 |
| | 120(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 64 |
| | 121(A,B) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 65 |
| | 125 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 66 |
| | 126 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 67 |
| | 128(ACD | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 68 |
| | 129 | 1 | 2 | 0 | 1 | | 0 | 2 | 0 | 69 |
| | 130 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 0 | 70 |
| | 131(C,D) | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 0 | 71 |
| | 134(A,B) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 72 |
| | 135(C,D) | 1 | 2 | 2 | 1 | | 2 | 2 | 0 | 73 |
| | 137 | 1 | 2 | 4 | 1 | 1 | 4 | 2 | 1 | 74 |
| | 138 | 1 | 2 | 4 | 1 | | 4 | 2 | 0 | 75 |
| | 140 | | 2 | 0 | 1 | | 0 | 2 | 0 | 76 |
| | 141 | 1 | 2 | 0 | 1 | | 0 | 2 | 0 | 77 |
| | 143 | 1 | 2 | 0 | 1 | 1 | 0 | 2 | 0 | 78 |
| Lexington | 107(B,D) | | | 2 | | | 2 | | | 79 |
| | 109(B) | | | 1 | | | 1 | | | 80 |
| | 113 (C | | | 1 | | | 1 | | | 81 |
| | 115(A,B) | | | 2 | | | 2 | | | 82 |
| | 119(C) | | | 1 | | | 1 | | | 83 |
| | 121(A) | | | 1 | | | 1 | | | 84 |
| | 129(C) | | | 1 | | | 1 | | | 85 |
| | 131(ABCD) | | | 4 | | | 4 | | | 86 |
| | 135(ABC) | | | 3 | | | 3 | | | 87 |
| | 137(D) | | | 1 | | | 1 | | | 88 |
| | 141(B) | | | 1 | | | 1 | | | 89 |
| | 143(B) | | | 1 | | | 1 | | | 90 |
| Comm Perry | 1(ABCD) | | | 4 | | | 4 | | | 91 |
| | 2(ABCD) | | | 4 | | | 4 | | | 92 |
| | | | | | | | | | | |
| Total Items | | 54 | 118 | 240 | 60 | 14 | 240 | 118 | 0 | |

*** UNITS IN Parenthesis represent the units that include work items C and F***

a - Mechanical Room
b - Patio Stairs
c - Bathroom --UNITS REVISED BY MODIFICATION P00002
d - Front Door
e - Porch Columns
f - Lighting & Detectors -- UNITS REVISED BY MODIFICATION P00002
g - sliding doors
h - shed replacement --DELETED BY AMEND 02

ANCHORAGE RENOVATIONS

4/1/2003

| Address | # Bedrooms | # Bathrooms |
|---|---|---|
| 101A Niagara | 4 | 2 |
| 103A/B Lawrence | 4 | 2 |
| 103C/D Lawrence | 4 | 2 |
| 106A Niagara | 2 | 1 |
| 107A/B Lawrence | 4 | 2 |
| 10B Constitution | 2 | 1 |
| 110C Niagara | 2 | 1 |
| 110D Niagara | 2 | 1 |
| 111A/B Lawrence | 4 | 2 |
| 112A Lake Erie | 2 | 1 |
| 112B Lake Erie | 2 | 1 |
| 112B Niagara | 2 | 1 |
| 112C Niagara | 2 | 1 |
| 112D Niagara | 2 | 1 |
| 114A/B Lawrence | 4 | 1 |
| 114B Niagara | 2 | 1 |
| 114C Niagara | 2 | 1 |
| 115A/B Lawrence | 4 | 2 |
| 117A/B Lawrence | 4 | 2 |
| 117C/D Lawrence | 4 | 2 |
| 118A Niagara | 2 | 1 |
| 118A/B Lawrence | 4 | 2 |
| 118D Niagara | 2 | 1 |
| 120A/b Lawrence | 4 | 2 |
| 120B/D Niagara | 2 | 2 |
| 121C/D Lawrence | 4 | 2 |
| 122A Niagara | 2 | 1 |
| 122C Niagara | 2 | 1 |
| 124A Niagara | 2 | 1 |
| 124D Niagara | 2 | 1 |
| 128A Niagara | 2 | 1 |
| 128B Lawrence | 3 | 2 |
| 128B Niagara | 2 | 1 |
| 128D Niagara | 2 | 1 |
| 129A/B Lawrence | 4 | 2 |
| 129C/D Lawrence | 4 | 2 |
| 131A/B Lawrence | 4 | 2 |
| 134C/D Lawrence | 4 | 2 |
| 135A/B Lawrence | 4 | 2 |
| 140A/B Lawrence | 4 | 2 |
| 140C/D Lawrence | 4 | 2 |
| 140D Niagara | 2 | 1 |
| 141A/B Lawrence | 4 | 2 |
| 141C/D Lawrence | 4 | 2 |
| 142A Niagara | 2 | 1 |
| 142C Niagara | 2 | 1 |
| 142D Niagara | 2 | 1 |
| 143A/B Lawrence | 4 | 2 |
| 143C/D Lawrence | 4 | 2 |
| 6C/D Constitution | 4 | 2 |
| 9A Constitution | 2 | 1 |
| 9B Constellation | 2 | 1 |
| 9B Constitution | 2 | 1 |
| 9C Constellation | 2 | 1 |
| | | 79 |

000029

ANCHORAGE RENOVATIONS 4/1/2003

| Address | # Bedrooms | # Bathrooms |
|---|---|---|
| 103B Niagara | 4 | 2 |
| 107B Lexington | 2 | 1 |
| 107B Niagara | 4 | 2 |
| 107D Lexington | 2 | 1 |
| 109B Lexington | 2 | 1 |
| 113A Niagara | 4 | 2 |
| 113C Lexington | 2 | 1 |
| 115A Lexington | 2 | 1 |
| 115B Lexington | 2 | 1 |
| 117A/B Lake Erie | 4 | 2 |
| 117C/D Lake Erie | 4 | 2 |
| 119A Niagara | 4 | 2 |
| 119A/B Lake Erie | 4 | 2 |
| 119B Niagara | 4 | 2 |
| 119C Lexington | 2 | 1 |
| 119C/D Lake Erie | 4 | 2 |
| 11D Constitution | 2 | 1 |
| 121A Lexington | 2 | 1 |
| 121A/B Lake Erie | 4 | 2 |
| 121B Niagara | 4 | 2 |
| 121C/D Lake Erie | 4 | 2 |
| 127A/B Lake Erie | 4 | 2 |
| 127C Lake Erie | 4 | 2 |
| 129A/B Lake Erie | 4 | 2 |
| 129B Niagara | 4 | 2 |
| 129C Lexington | 2 | 1 |
| 129C/D Lake Erie | 4 | 2 |
| 12D Constellation | 2 | 1 |
| 131A Lexington | 2 | 1 |
| 131B Lexington | 2 | 1 |
| 131C Lexington | 2 | 1 |
| 131D Lexington | 2 | 1 |
| 133A Niagara | 4 | 2 |
| 135A Lexington | | 1 |
| 135B Lexington | 2 | 1 |
| 135C Lexington | 2 | 1 |
| 137A/B Lake Erie | 4 | 2 |
| 137C/D Lake Erie | 4 | 2 |
| 137D Lexington | 2 | 1 |
| 141B Lexington | 2 | 1 |
| 141B Niagara | 4 | 2 |
| 143B Lexington | 2 | 1 |
| 145A Lake Erie | 2 | 1 |
| 145B Lake Erie | 2 | 1 |
| 145C Lake Erie | 2 | 1 |
| 145D Lake Erie | 2 | 1 |
| 1A/B Comm Perry | 4 | 2 |
| 1C/D Comm Perry | 4 | 2 |
| 2A/B Comm Perry | 4 | 2 |
| 2C/D Comm Perry | 4 | 2 |
| 8A Constellation | 4 | 2 |
| 8B Constellation | 4 | 2 |
| | | 79 |

000030

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00003 | 12 December 2003 | | |

| 6. ISSUED BY CODE IPTC/TW | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| ENGINEERING FIELD ACTIVITY, NORTHEAST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>10 INDUSTRIAL HIGHWAY, MSC #82<br>LESTER PA 19113 | COPY TO: IPTC/TW, ROICC NEWPORT, O2X/AH<br>CONTRACT FILE |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

OAK ENVIRONMENTAL CONSULTANTS, INC.
600 NO. ROUTE 73
SUITE 12
MARLTON, NJ 08060-1711

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO. N62472-02-C-0095

10B. DATED *(SEE ITEM 13)* 30 SEP 2002

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
AA 17 02021804 60FA 000 69078 068732 2D C2H025 324112R8F01Q - ($577,719.00)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)*<br>TERMINATION FOR CONVENIENCE (FAR 52.249-2) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

CONTRACT N62472-02-C-0095, ANCHORAGE HOUSING REPAIR PROJECT AT THE NAVAL STATION, NEWPORT, RI

NOTICE OF TERMINATION FOR CONVENIENCE #04-001T

1. Effective IMMEDIATELY, the above contract is hereby Terminated in whole for the Government's convenience under the clause entitled FAR 52.249-2, Termination for Convenience of the Government (Fixed-Price)(Sep 1996).

2. The total contract amount is hereby decreased in the amount of $577,719.00 from $2,453,163.00 to $1,875,444.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>MARILY COLOT, CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY *(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>12 DEC 2003 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DEPARTMENT OF THE NAVY
ENGINEERING FIELD ACTIVITY, NORTHEAST
NAVAL FACILITIES ENGINEERING COMMAND
10 INDUSTRIAL HIGHWAY
MAIL STOP, #82
LESTER, PA 19113-2090

IN REPLY REFER TO
4370
Code NE ACQ
December 12, 2003

VIA FEDERAL EXPRESS/FACSIMILE

Mr. Edward J. Eichen
OAK ENVIRONMENTAL CONSULTANTS, INC.
600 n. route 73
Marlton, NJ 08060

Dear Mr. Eichen:

SUBJECT: TERMINATION FOR CONVENIENCE #04-001T

Reference is made to contract N62472-02-C-0095, Anchorage Housing Project at Naval Station, Newport, RI. Enclosed please find Modification P00003 Terminating For Convenience of the Government the subject contract. You are hereby notified and directed as follows:

(a) ***Effective date of termination.*** You are notified that all remaining work under Contract No. N62472-02-C-0095 (Herein referred to as ``the Contract'') is terminated in whole for the Government's convenience under the FAR Clause 52.249-2 Alternate I entitled Termination For Convenience of the Government, (Fixed Price), (Sep 1996). The termination is effective December 12, 2003.

(b) ***Cessation of work and notification to immediate subcontractors.*** You shall take the following steps:

(1) Stop all work, make no further shipments, and place no further orders relating to the contract, except for-

(i) Work-in-process or other materials that you may wish to retain for your own account; or

(ii) Work-in-process that the Contracting Officer authorizes you to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, (C) to avoid immediate complete spoilage of work-in-process having a definite commercial value (see paragraph (j) below), or (D) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable immediately notify the Contracting Officer by telephone or personal conference and obtain instructions).

(2) Keep adequate records of your compliance with subparagraph (1) above showing the-



000032

4370
Code NE ACQ
December 12, 2003

(i) Date you received the Notice of Termination;
(ii) Effective date of termination; and
(iii) Extent of completion of performance on the effective date.

(3) Furnish Notice of Termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice-

(i) Specify your government contract number;
(ii) State whether the contract has been terminated completely;
(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;
(iv) Provide instructions to submit any settlement proposal promptly; and
(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(5) Take any other action required by the Contracting Officer or under the Termination clause in the contract.

*(c) Termination inventory.*

(1) Use your best efforts to sell all termination inventory wherever located, at best price available, within thirty (30) days of date of this letter.

(2) To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see Part 45 of the FAR.

(d) *Settlements with subcontractors.*

You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by

the provisions of Part 49 of the FAR (Federal Acquisition Regulation).

(e) ***Completed end items.***

(1) Notify the Contracting Officer of the number of items completed under the contract and still on hand and arrange for their delivery or other disposal (see 49.205 of the FAR).

(2) Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

(f) ***Patents.*** If required by the contract, promptly forward the following to the Contracting Officer:

(1) Disclosure of all inventions, discoveries, and patent applications made in the performance of the contract.

(2) Instruments of license or assignment on all inventions, performance of the contract.

(g) ***Employees affected.***

(1) If this termination, together with other outstanding termination's, will necessitate a significant reduction in your work force, you are urged to-

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force.

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

4370
Code NE ACQ
December 12, 2003

(h) ***Administrative.***

Termination Settlement Proposals are to be submitted within thirty (30) days from receipt of this letter to the Contracting Officer, Naval Station, Building 1, Simonpietri Drive, Newport, RI 02841-1711 who is the administration office named to process the Termination Settlement for this contract. Questions pertaining to the above may be directed to Denise Abraham at NAVFAC Contracts, Newport, RI. (401) 841-1191.

Sincerely

MARILYN D. COLOT
Contracting Officer
By direction of the
Commanding Officer

Copy to: Lincoln General Insurance Co.
ROICC Newport
SBA District Office

ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice on ________________________, 2003. Two signed copies of this notice are returned to Naval Facilities Engineering Command, Engineering Field Activity, 10 Industrial Highway Mail Stop #82, Lester, PA. 19113-2090 ATTN: Code NE IPT/TW

_________________________________________
(Name of Contractor)

By_______________________________________
(Name)

_________________________________________
(Title)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|
| J | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | 03-Aug-2005 | N3241102RC2H025 | 02-0095 |

6. ISSUED BY CODE N62472

ENGINEERING FIELD ACTIVITY NORTHEAST
10 INDUSTRIAL HIGHWAY, MAIL STOP 82
LESTER PA 19113-2090

7. ADMINISTERED BY (If other than item 6) CODE N62472

OIC NAVFAC CONTRACTS F210
NAVAL STATION NEWPORT BUILDING 1 SIMONP
NEWPORT RI 02841-1712

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

OAK ENVIRONMENTAL CONSULTANTS, INC.
EDWARD J. EICHEN
600 N. ROUTE 73
SUITE 12
MARLTON NJ 08060

NAFI 'D 8/17/05 6as

CODE 02YA4 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. N62472-02-C-0095

X 10B. DATED (SEE ITEM 13) 26-Sep-2002

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 49.109-2 |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: vmcallis051457

N62472-02-C-0095 P00004
ANCHORAGE HOUSING REPAIR PROJECT AT THE NAVAL STATION, NEWPORT, RI

The contract is modified as shown on Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| EDWARD J. EICHEN, President | | DAVID RULE / CONTRACT SPECIALIST<br>TEL: 610-595-0633 EMAIL: ruledp@efdnorth.navfac.navy.mil | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>04-Aug-2005 |

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION 00010 - SOLICITATION CONTRACT FORM

The 'Payment will be made by' organization has changed from

DFAS OAKLAND
OPERATING LOCATION OAKLAND CODE FPV
P O BOX 23940
OAKLAND CA 94623-3870
to
DFAS NORFOLK
1837 MORRIS ST, SUITE 1401
NORFOLK VA 23511-3431

(End of Summary of Changes)

**The following items are applicable to this modification:**

SETTLEMENT AGREEMENT

Except as described below, this supplemental agreement settles the amount due the contractor under and arising out of this contract as a result of the Termination for Convenience of the contract dated 12 December 2003. The parties mutually agree to $326,659 as a complete settlement for work performed and costs incurred by the contractor.

The Government's payment of the settlement amount stated above, together with the sums previously paid, constitutes payment-in-full and settlement of the amount due the Contractor for the termination of the contract and for all other demands of the contractor under and arising out of this contract. Upon execution of this modification, the contractor hereby releases and discharges the Government, its officers and employees, from any and all liability for any further equitable adjustments to the contract price or time attributable to any and all facts or circumstances or disputes under or arising out of this contract on or before the execution of this modification, except as follows:

The contractor reserves its right to file a request for equitable adjustment, or a claim, for home office overhead pursuant to the Eichleay formula.

Eduard J. Eichen, President
Oak Environmental Consultants, Inc.,

4200
5 November 2002

NOTICE TO PROCEED

Oak Environmental
600 N. Route 73, Suite 12
Marlton, NJ 08053
Via e-mail

SUBJ: CONTRACT N62472-02-C-0095, ANCHORAGE HOUSING REPAIRS AT THE NAVAL STATION, NEWPORT, RI

Gentlemen:

Receipt is acknowledged of your acceptable Performance and Payment Bonds and Insurance Certificate.
You are hereby authorized to proceed with work at the site in accordance with all terms and conditions as specified in the contract and to contact the Resident Officer in Charge of Construction, NAVFAC Contracts, Naval Station, Newport, RI to arrange a schedule of work performance.

Bond authentication will be requested from your surety. Be advised no payments may be made on this contract until bond authentication is received.

Sincerely,

Patricia Ring