**DEPARTMENT OF THE NAVY**
COMMANDER, NAVY REGION NORTHEAST
COMMUNITY SUPPORT (QOL) PROGRAM (N7)
1A SIMONPIETRI DRIVE
NEWPORT, RI 02841

IN REPLY REFER TO:
11103
Ser N72A/090

MAY 27 2003

From: Commander, Navy Region Northeast (N7)
To: Commanding Officer, Engineering Field Activity Northeast, 10 Industrial Highway, Mail Stop 10, Lester, PA 19113

Subj: CONTRACT N62470-02-C-0095, ANCHORAGE HOUSING REPAIR

1. Request work on subject contract cease immediately. Programmatic changes to the concept plan for privatization of family housing have identified a need for the underlying land at Anchorage; therefore, the existing Anchorage housing units will need to be demolished. New construction at the Anchorage site will provide housing units that meet the latest requirements and criteria.

2. Even though subject renovation project is almost half completed, the remaining funds can be used more wisely elsewhere. Request this contract be closed out while recouping as much money as possible, by obtaining credits for materials already purchased.

3. Navy Region Northeast point of contact is Mr. Alan Shannon at COMM (401) 841-6974 (DSN 948).

R. A. Cooper

R. A. COOPER
By direction

Copy to:
COMLANTFLT (N469)
N722

FILE

oak
environmental
consultants, inc.

July 10, 2003

Nolan Redding, LTJG, CEC, USNR
ROICC Newport Office
1 Simonpietri Drive
Newport, RI 02841

Ref: Anchorage Housing Close out Proposal

Dear Lt. Redding,

We are in receipt of your letter dated July 7, requesting a copy of our Close out Proposal by July 11. Our consultant is still in the process of assisting in the completion of that proposal, however, we are planning a trip to Newport within the next week, or so, and would like to schedule a time to meet and discuss the proposal with you. If you could suggest several dates that might work best for you, I'll work on coordinating that meeting. As a follow up to your conversation with Ed, our demolition estimator is on his way to Newport so that we can provide a cost estimate for your review.

Sincerely,

Bruce Newman
Director of Operations

000053

oak
environmental
consultants, inc.

August 13, 2003

Nolan Redding, LTJG, CEC, USNR
ROICC Newport Office
1 Simonpietri Drive
Newport, RI 02841

Ref: Newport Anchorage Housing Termination for Convenience

Dear Lt. Redding,

After performing an extensive review of our direct labor, overhead, G & A and material costs for the above-referenced project the following presents an overview of our Proposal for Close-out of this Contract.

It is clear from a study of OAK's past, as well as current, sales history that the sudden decision to prematurely terminate this Contract will have significant adverse economic impact on OAK. Clearly the documents reviewed demonstrate no readily available work that will ameliorate or even mitigate the impact of losing what historically is 50% of yearly sales.

We would also like to emphasize that OAK has spent considerable time and effort to try and replace this lost business and ameliorate the impact of this Termination for Convenience, not only for us but for the Navy as well. OAK also invested large amounts of time and exhausted every effort in an attempt to return unused materials to vendors.

Therefore our efforts in seeking equitable adjustment for the contract termination revolve predominantly around establishing a compensatory percentage for G & A and profit. But not only for the under absorbed G & A, but also for the G & A absorption for this unforeseen and abrupt termination of nearly on half of the years revenue. Clearly, at this time, there is little OAK can do to rectify substantive unabsorbed overhead expenses in the coming five months. The overhead has been discounted as far as possible without producing substantive harm to the corporation's asset value.

OAK has previously supplied the Navy an estimate of overhead in our schedule of values (Noted below). The noted percentiles are predicated on full contract sales:

000054

oak

| Scope Item | Materials Labor | Overhead (17%) | Profit (8%) | Bonding | |
|---|---|---|---|---|---|
| Mechanical Roo Alterations | $479,728 | $81,579 | $38,378 | | $599,686 |
| | | | | | |
| New Deck Stair | $275,175 | $48,480 | $22,014 | | $345,669 |
| | | | | | |
| Bathrooms | $800,644 | $136,109 | $64,052 | | $1,000,805 |
| | | | | | |
| Front Entrance Door | $65,840 | $11,193 | $5,267 | | $82,300 |
| | | | | | |
| Front Porch Columns (4-6 columns typical | $101,413 | $17,240 | $8,113 | | $126,766 |
| | | | | | |
| Replace Lightin and Smoke Detector | $114,010 | $19,382 | $9,121 | | $142,512 |
| | | | | | |
| Sliding Kitchen Doors | $85,090 | $14,465 | $6,807 | | $106,363 |
| | | | | | |
| TOTAL | $1,921,89 | $328,448 | $153,752 | $49,063 | $2,453,163 |

As noted previously the 17% overhead, utilized in the original cost negotiations with the Navy, would have been an adequate percentage if the Newport sales had been placed, and adequate time allowed for follow up sales to be booked. Clearly, until the contract is resolved no further bonding has been afforded OAK, limiting our ability to even seek substantive work. Without the projected nearly 1.4 million in sales (as of the end of October) it appears G & A will revert to historical percentiles for operating expenses generated over the past three years.

The following plate enumerates past overhead (Indirect & G & A) from OAK corporate statements and generates an average percentage for operating and indirect costs of 28.62%.

| Date | 2001 | 2002 | |
|---|---|---|---|
| Sales | 3,173,374 | 3,471,327 | |
| Indirect | 776,050 | 618,319 | 22.15% |
| G & A | 259,971 | 127,019 | 6.47% |

oak

To compute what will be the eventual overhead percentile resulting from this termination, we have chosen the following formula which analyzes, utilizing historical pricing data, the appropriate G & A for a project that was the largest in the corporation's history, was largely fast track and, as a consequence, which required substantively more attention as a result of changes, re-determination and ultimately termination.

In an effort to compute the overhead for an impacted contract the Board of Review and Arbitrations accepts the Eichleay Formula, which essentially says that the ratio of a contract sales, to the sales of the corporation overall, during the performance period, is equal to the ratio of G&A for that project as compared to G&A for the corporation overall.

The Eichleay computation for Anchorage as negotiated, but noting the ultimate loss of sales, is as follows:

| | |
|---|---|
| Project start date | 9/30/2002 |
| Original project completion date | 9/30/2003 |
| Completion Date Work on Site | 7/31/2003 |
| Delay duration | -61 |
| OAK estimated sales for this period (2002-2003) | $3,471,327 |
| Sales Newport contract value | $2,453,163 |
| Newport estimated % of sales | 71% |
| Estimated Corporate G & A for the project performance duration (618,319 indirect + 127,019 G & A)/365 x 304 | $620,775 |
| Anticipated G & A apportioned for the project (620,775 x 71%) | $440,750 |

Predicted on this Eichleay G & A allocation we are submitting the following cost computation for your review:

| | |
|---|---|
| | **Performance Costs** |
| 1,083,836 | Contract Expense |
| 440,750 | Eichleay Apportioned G & A |
| 1,524,586 | SubTotal |
| 86,707 | Profit @ 8% |
| 1,611,293 | TOTAL |

Note that this is not a forward-looking impact for levels of under absorption that might linger due to the manner in which this termination was implemented.

For reference it is noted that this total expenses to date does not include administrative expenses.

oak

Utilizing the Eichleay Formula, OAK should be entitled to invoice $1,611, 293.00. To date, we have billed the Navy $1,190,718.00. Therefore, OAK is due $420,575.00, which represents the difference between the actual invoiced amount and the entitlement according to Eichleay.

It should also be noted that the following items need to be addressed during the course of our upcoming discussions:

- 38 custom-manufactured patio doors which have not been delivered, but for which the manufacture has invoiced.
- Restocking charge for returned kitchen cabinets
- Costs incurred for proposal generation
- Additional sub-contractor costs and potential cancellation claims
- Storage trailer costs

Of paramount importance to OAK is our desire to continue a close working relationship with the Navy and our sincere regret that this termination, beyond anyone's control, had to occur, especially since the project was moving along so smoothly. Our wish is for a fair and equitable closure to this Contract so that we may all move forward together.

We look forward to discussions about our Proposal and to resolving these issues as soon as possible.

Sincerely

Bruce Newman
Director of Operations

cc: E. Eichen

oak
environmental
consultants, inc.

RECEIVED
2003 OCT -2 PM 1:56
OIC/[illegible]FAC
CONTRACTS
NEWPORT RI

30 September, 2003

Ms. Denise Abraham
Contracts Officer
NAVFAC Contracts
Building 1, Simonpietri Drive
Newport, RI 02841-1712

Re: N62472-02-C-0095
Via: email and U.S. Mail

Dear Denise,

Per my conversations and email communications with Ltjg Redding, I am writing with regards to obtaining release of our performance bond for the above referenced project. As the result of the Termination for Convenience, performance on this contract was effectively ended. As such no further need for a performance bond would be indicated. A bond of this size ($2.5MM) represents a good portion of our bonding capacity. Its release would allow us further opportunity to pursue work which may help mitigate the effect of the T for C. I would, therefore, respectfully request the release of the bond at your earliest convenience. Please feel free to contact me if I can provide any further information. Thank you very much for your assistance in this matter.

Sincerely,
oak environmental consultants, inc.

Eduard J. Eichen, CIH Digitally signed by Eduard J. Eichen, CIH DN: cn=Eduard J. Eichen, CIH, o=OAK Environmental Consultants, Inc., c=US Date: 2003.09.30 11:41:55 -04'00'

Eduard J. Eichen, CIH

EJE/esa

000058

66 witherspoon street, suite 107, princeton, nj 08542 • (609) 988-9553 • (fax) 753-7175

DEPARTMENT OF THE NAVY
NORTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
OFFICER IN CHARGE OF CONTRACTS
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAVAL ACTIVITIES NARRAGANSETT BAY AREA
ONE SIMONPIETRI DRIVE
NEWPORT RI 02841-1712

IN REPLY REFER TO
4330
ROICC/L3412
October 22, 2003

Mr. Edward Eichen
Oak Environmental Consultants, Inc.
600 N. Route 73
Suite 12
Marlton, NJ 08060

Dear Mr. Eichen:

SUBJECT: CONTRACT N62472-02-C-0095, ANCHORAGE HOUSING REPAIR PROJECT AT THE NAVAL STATION, NEWPORT, RI

Your performance of the subject contract was suspended pursuant to contract clause FAR 52.242-14, Suspension of Work (APR 1984) by enclosure (1) through May 01, 2004.

You were directed to stop all on-site work except that which is necessary to correct all safety deficiencies, prevent damage to existing government property, and secure existing housing units and project materials.

When the boilers were installed in the units last winter, weather did not permit roof work and repair of penetrations. The 6" exhaust stack was temporarily connected to two existing 4" exhaust stacks. This is considered a safety deficiency by the Naval Station boiler inspector and must be corrected immediately.

You are directed to complete this scope of work for all installed boilers as identified in the contract documents by 28 November 2003.

If there are any questions, please do not hesitate to contact K. Sampson at 401-841-1764 or LT Nolan Redding at 401-841-1763.

Sincerely,

Denise M. Abraham

Denise Abraham
Contracting Officer

oak
environmental
consultants, inc.

RECEIVED
2003 NOV 10 PM 2:32
OIC NAVFAC
CONTRACTS
NEWPORT, RI

October 24th, 2003

Ms. Denise Abraham
Contracting Officer
Officer in Charge of Contracts
Naval Activities Narragansett Bay Area
One Simonpietri Drive
Newport, RI 02841-1712

Via: E-mail and U. S. Mail

Re: Newport Anchor Housing

Dear Ms. Abraham,

As you are aware, on August 13th, 2003, in order to assist the Navy in meeting Federal funding deadlines, OAK Environmental Consultants, Inc. (OAK), expedited a compilation of remaining costs to effectively terminate incomplete portions of the Anchorage Housing project, Newport, RI.

An approximate three months prior, on May 2nd, 2003, OAK had received a notice of Suspension of Work, from the Navy, which required OAK to mitigate any future expenses, where possible, and compile the aforementioned termination for convenience proposal.

That proposal noted that approximately 55% of the contract had been completed, but that the majority of the contract performance duration (Orig. Contr. Compl. Date 7/31/03) had been exhausted. In fact, the administration necessary to close out the project and attempt meaningful negotiations eclipsed the July 31st date and on site and home office administrative expenses continue as of this date; ever increasing the equitable indebtedness to OAK.

As a percentage of OAK's revenue base, the remaining performance balance and its eventual suspension, has had critical/drastic impact on our corporation's ability to forward work or increase bonded work. This bonded amount, equates to an inordinate portion of our revenue based on historical numbers. Without removal of this bond obligation, increased bonding, when available, requires unanticipated expenses and incurred damages and for an 8(a) firm, becomes more difficult to obtain. Clearly this delay by the Navy to determine their future course, relative to this contract, has substantially hindered our firm and resulted in loss of significant sales. Predicated on an estimated bond obligation that is nearly 40% of historical

greentree mews • 600 north route 73, suite 12 • marlton, nj 08053
(856) 988-9553 • (fax) (856) 797-9303 • web address www.oakgroup.net

sales ongoing overhead expenses for the corporation are experiencing as much as 40% under-absorption.

As noted in our August 13th, 2003 submission, my subsequent letter of September 30, 2003 and numerous conversations, regardless of the Navy's analysis of closing expenses, it is the resolution of this bonded obligation that is a priority to OAK. This has been related to the Navy in both written and verbal communications. It should also be noted that there may be additional expenses incurred in extending this bond beyond the initial November 15, 2003 commitment date which can and should be avoided. We have offered to supply a smaller bond to potentially cover the minimal tasking (<$40,000.00) which could not be completed due to weather if the Navy feels this is necessary and have received no response to this or any other related inquiry.

In the course of attempting to secure a release of our bond, we learned recently that the Navy, who has not responded in the interim months to our proposal, may not terminate the contract. The possibility of the project resuming will not be without substantive expense and lends concern as to financial impact(s) on a small business such as our own.

Ultimately, if we cannot bring this project to an immediate conclusion we are deeply concerned as to the irrevocable financial damage it will have on our firm, with possible damages that may dwarf the current request if we do not address same immediately. The fact that three more months of both on site and home office administration costs have been experienced since our close out calculation, while our firm has been encumbered in garnering new sales, sets forth a self evident portrait of escalating expenses for longer than anticipated periods of time.

While we are extremely hopeful of an amicable resolution to this matter, any further delay may require to us rescind the current estimate of damages and request that the project files be made available to us under the Freedom of Information Act (FOIA) in order to proceed on a different course.

Given that expenses continue to mount daily we respectfully request either an immediate response, or processing of our FOIA request for production all project related documents including but not limited to, all Email, Correspondence, Reports, Calculations, Schedules, Spreadsheets and Minutes regarding the Anchorage Housing project.

Again, we are extremely hopeful of an amicable and expeditious resolution to this matter and are prepared to continue to extend a good faith effort to bring this to fruition.


greentree mews • 600 north route 73, suite 12 • marlton, nj 08053
(856) 988-9553 • (fax) (856) 797-9303 • web address www.oakgroup.net

Thank you for your assistance in this matter.

Respectfully,
OAK ENVIRONMENTAL CONSULTANTS, INC.

Signature Not Verified

Eduard J. Eichen, CIH

Digitally signed by Eduard J. Eichen, CIH
DN: cn=Eduard J. Eichen, CIH, o=OAK Environmental Consultants, Inc., c=US
Date: 2003.11.05 14:43:13 -05'00'

Eduard J. Eichen, CIH

EJE/esa



greentree mews • 600 north route 73, suite 12 • marlton, nj 08053
(856) 988-9553 • (fax) (856) 797-9303 • web address www.oakgroup.net

**Ed Eichen**

**From:** Ed Eichen
**Sent:** Wednesday, November 05, 2003 2:55 PM
**To:** 'Abraham, Denise'
**Cc:** Bruce Newman; 'Damian Cassin'
**Subject:** Anchorage Bonds and Suspention

Dear Denise,

I tried calling you this week, but was unable to reach you. I am writing as a follow up to our close out proposal and subsequent letter of 30 Sept. asking that the Navy release our bond. I had not heard back and thought I would contact you again. Having this project hanging out there and in particular, tying up our bonding capacity, is greatly impacting our business. A release of our bond would not endanger the Navy, would mitigate costs for close out and further harm to our firm. Please let call or contact me and let me know the Navy's position.

Many Thanks,

Ed

000063

DEPARTMENT OF THE NAVY
NORTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
OFFICER IN CHARGE OF CONTRACTS
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAVAL ACTIVITIES NARRAGANSETT BAY AREA
ONE SIMONPIETRI DRIVE
NEWPORT RI 02841-1712

IN REPLY REFER TO:
4330
ROICC/L3446
December 2, 2003

Mr. Edward Eichen
Oak Environmental Consultants, Inc.
600 N. Route 73
Suite 12
Marlton, NJ 08060

Dear Mr. Eichen:

SUBJECT: CONTRACT N62472-02-C-0095, ANCHORAGE HOUSING REPAIR PROJECT AT THE NAVAL STATION, NEWPORT, RI

Your performance of the subject contract was suspended pursuant to contract clause FAR 52.242-14, Suspension of Work (APR 1984) by enclosure (1) through May 01, 2004.

You were directed to stop all on-site work except that which is necessary to correct all safety deficiencies, prevent damage to existing government property, and secure existing housing units and project materials.

When the boilers were installed in the units last winter, weather did not permit roof work and repair of penetrations. The 6" exhaust stack was temporarily connected to two existing 4" exhaust stacks. This is considered a safety deficiency by the Naval Station boiler inspector and must be corrected immediately.

ROICC letter 2412, dated 22 October 2003 was issued as direction to complete this scope of work for all installed boilers as identified in the contract documents by 28 November 2003. As of 2 December 2003, work has not begun and the cold weather is imminently upon us. Please provide the schedule you plan to follow to complete this work by 4 December 2003.

If there are any questions, please do not hesitate to contact K. Sampson at 401-841-1764 or LT Nolan Redding at 401-841-1763.

Sincerely,

Denise Abraham
Contracting Officer

000064

Recap

Suspension 5/2/03
Termination 12/12/03

Correct boiler stack deficiencies, days worked

| | |
|---|---|
| 1 | 12/19/03 |
| 2 | 12/20 |
| 3 | 12/21 |
| 4 | 12/22 |
| 5 | 12/23 |
| 6 | 2/9/04 |
| 7 | 2/10 |
| 8 | 2/11 |
| 9 | 2/12 |
| 10 | 2/13 |

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| | | | |
|---|---|---|---|
| CONTRACT NO N62472-02-C-0095 | TITLE AND LOCATION ANCHORAGE HOUSING REPAIRS, NEWPORT, RI | DATE 12-19-03 | REPORT NO 1 |
| CONTRACTOR OAK ENVIRONMENTAL CONSULTANTS | SUPERINTENDENT BILL WALTERS | | |
| AM WEATHER SUNNY | PM WEATHER CLOUDY | MAX TEMP (F) 48 | MIN TEMP (F) 31 |

**WORK PERFORMED TODAY**

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 102 LANE FRZE - REPAIR ROOF | OAK | 2 | CARPENTER | 16 |
| | 108 | | 2 | LABOR | 16 |
| | PENETRATIONS + B VENT | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**JOB SAFETY**

| | | | |
|---|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ YES | ☑ NO | TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS: 32 |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ YES | ☑ NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 32 |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ YES | ☑ NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION: 32 |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ YES | ☑ NO | |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Bill Walt[signature] — CONTRACTOR/SUPERINTENDENT

12-19-03 — DATE

4296/1 (9/88) SHEET 1 OF 1

000066

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-20-03

CONTRACT NO: N62472-02-C-0095

TITLE AND LOCATION: ANCHORAGE HOUSING REPAIRS, NEWPORT, RI

REPORT NO: 2

CONTRACTOR: OAK ENVIRONMENTAL CONSULTANTS

SUPERINTENDENT: BILL WALTERS

AM WEATHER: SUNNY

PM WEATHER: CLOUDY

MAX TEMP (F): 48

MIN TEMP (F): 30

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 1 CONSTELLATION, 116 LAKE ERIE, | OAK | 2 | CARPENTER | 16 |
| | 124 LAKE ERIE, 120 LAKE ERIE, | | 2 | LABOR | 16 |
| | 128 LAKE ERIE | | | | |
| | | | | | |
| | REPAIR ROOF PENETRATIONS | | | | |
| | + PUT IN B-VENT | | | | |

## JOB SAFETY

| Question | YES | NO |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ | ☑ |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ | ☑ |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ | ☑ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ | ☑ |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS | 32 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 32 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 64 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED |
|---|---|
| | |

☑ SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |

[signature] CONTRACTOR/SUPERINTENDENT

12-20-03 DATE

4296/1 (9/88)

SHEET 1 OF 1

000067

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-21-03

| CONTRACT NO | TITLE AND LOCATION | REPORT NO |
|---|---|---|
| N62472-02-C-0095 | ANCHORAGE HOUSING REPAIRS, NEWPORT, RI | 3 |

| CONTRACTOR | SUPERINTENDENT |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS | BILL WALTERS |

| AM WEATHER | PM WEATHER | MAX TEMP (F) | MIN TEMP (F) |
|---|---|---|---|
| SUNNY | CLOUDY | 49 | 32 |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 130 LAKE ERIE, 132 LAKE ERIE, | OAK | 2 | CARPENTER | 16 |
| | 136 LAKE ERIE, 140 LAKE ERIE | | 2 | LABOR | 16 |
| | 141 LAWRENCE, 137 LAWRENCE | | | | |
| | | | | | |
| | REPAIR ROOF PENETRATIONS | | | | |
| | + NEW B-VENT | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| JOB SAFETY | | YES | NO |
|---|---|---|---|
| | WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ | ☑ |
| | WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ | ☑ |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | | ☐ | ☑ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | | ☐ | ☑ |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS | 32 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 64 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 96 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED — ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

[signature] 12-21-03

CONTRACTOR/SUPERINTENDENT DATE

4296/1 (8/95) SHEET 1 OF 1

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-22-03

| CONTRACT NO | TITLE AND LOCATION | REPORT NO |
|---|---|---|
| N62472-02-C-0095 | ANCHORAGE HOUSING REPAIRS, NEWPORT, RI | 4 |

| CONTRACTOR | SUPERINTENDENT |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS | BILL WALTERS |

| AM WEATHER | PM WEATHER | MAX TEMP (F) | MIN TEMP (F) |
|---|---|---|---|
| SUNNY | CLOUDY | 50 | 34 |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 113 LAWRENCE, 126 LAWRENCE, | OAK | 2 | CARPENTER | 16 |
| | 103 LAWRENCE, 112 LAWRENCE, | | 2 | LABOR | 16 |
| | 100 LAWRENCE, | | | | |
| | | | | | |
| | REPAIR ROOF PENETRATIONS | | | | |
| | + REPLACE B-VENT | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**JOB SAFETY**

| | YES | NO |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ | ☑ |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ | ☑ |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ | ☑ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ | ☑ |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS | 32 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 96 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 128 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

[signature] 12-22-03

CONTRACTOR/SUPERINTENDENT DATE

4296/1 (9/98) SHEET 1 OF 1

000069

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| | | | |
|---|---|---|---|
| DATE 12-23-03 | REPORT NO 5 | CONTRACT NO N62472-02-C-0095 | TITLE AND LOCATION ANCHORAGE HOUSING REPAIRS, NEWPORT, RI |
| CONTRACTOR OAK ENVIRONMENTAL CONSULTANTS | SUPERINTENDENT BILL WALTERS | | |
| AM WEATHER CLOUDY | PM WEATHER CLOUDY | MAX TEMP (F) 50 | MIN TEMP (F) 37 |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 106 LAKE ERIE, 114 LAKE ERIE | OAK | 2 | CARPENTER | 4 |
| | 112 LAKE ERIE | | 2 | LABOR | 4 |
| | | | | | |
| | REPAIR ROOF PENETRATIONS | | | | |
| | + NEW B-VENT | | | | |

## JOB SAFETY

| | | | |
|---|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ YES | ☑ NO | TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS: 8 |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ YES | ☑ NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 128 |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ YES | ☑ NO | |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ YES | ☑ NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION: 136 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |

[signature: Bill Walters]
CONTRACTOR/SUPERINTENDENT DATE

4296/1 (9/98) SHEET 1 OF 1

000070

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 2-9-04

| CONTRACT NO | TITLE AND LOCATION | REPORT NO |
|---|---|---|
| N62472-02-C-0095 | ANCHORAGE HOUSING REPAIRS, NEWPORT, RI | 6 |

| CONTRACTOR | SUPERINTENDENT |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS | BILL WALTERS |

| AM WEATHER | PM WEATHER | MAX TEMP (F) | MIN TEMP (F) |
|---|---|---|---|
| CLOUDY | CLOUDY | 39 | 21 |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 106 LAWRENCE 111 LAWERENCE | OAK | 2 | CARPENTER | 8 |
| | 127 LAWERENCE | | 2 | LABOR | 8 |
| | REPAIR ROOF PENITRATIONS | | | | |
| | + PUT IN NEW B-VENT | | | | |

**JOB SAFETY**

| | | | |
|---|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ YES | ☑ NO | TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS: 16 |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ YES | ☑ NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 136 |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ YES | ☑ NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION: 152 ~~144~~ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ YES | ☑ NO | |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |

Bill Walters (signature) CONTRACTOR/SUPERINTENDENT — 2-9-04 DATE

4296/1 (9/88) SHEET 1 OF 1

000071

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 2-10-04

CONTRACT NO: N62472-02-C-0095

TITLE AND LOCATION: ANCHORAGE HOUSING REPAIRS, NEWPORT, RI

REPORT NO: 7

CONTRACTOR: OAK ENVIRONMENTAL CONSULTANTS

SUPERINTENDENT: BILL WALTERS

AM WEATHER: SUNNY

PM WEATHER: CLOUDY

MAX TEMP (F): 45

MIN TEMP (F): 29

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0168 | 110 LAWRENCE 125 LAWRENCE | OAK | 2 | CARPENTER | 16 |
| | | | 1 | LABOR | 16 |
| | 120 LAWRENCE 115 LAWRENCE | | | | |
| | 117 LAWRENCE 107 LAWRENCE | | | | |
| | 103 LAWRENCE REPAIR | | | | |
| | ROOF PENETRATION + REPLACE | | | | |
| | B-VENT | | | | |

## JOB SAFETY

| | | | |
|---|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ YES | ☒ NO | TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS: 32 |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ YES | ☒ NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 152 |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ YES | ☒ NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION: 184 |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ YES | ☒ NO | |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED | ☒ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|---|
| | | |
| | | |
| | | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

[signature] — CONTRACTOR/SUPERINTENDENT

2-10-04 — DATE

4298/1 (9/98)

SHEET 1 OF 1

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 2-11-04

| CONTRACT NO | TITLE AND LOCATION | REPORT NO |
|---|---|---|
| N62472-02-C-0095 | ANCHORAGE HOUSING REPAIRS, NEWPORT, RI | 8 |

| CONTRACTOR | SUPERINTENDENT |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS | BILL WALTERS |

| AM WEATHER | PM WEATHER | MAX TEMP (F) | MIN TEMP (F) |
|---|---|---|---|
| SUNNY | CLOUDY | 42 | 29 |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 138 LAWRENCE 143 LAWRENCE | | 2 | CARPENTER | 16 |
| | 135 LAWRENCE 129 LAWRENCE | | 2 | LABOR | 16 |
| | 130 LAWRENCE 134 LAWRENCE | | | | |
| | 9 CONSTELLATION - REPAIR | | | | |
| | ROOF PENETRATIONS & REPLACE | | | | |
| | B-VENT | | | | |

## JOB SAFETY

| | YES | NO |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ | ☑ |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ | ☑ |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ | ☑ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ | ☑ |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS | 16 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | ~~168~~ 184 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 200 ~~184~~ |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |

[signature] CONTRACTOR/SUPERINTENDENT — DATE 2-11-04

4286/1 (9/98) SHEET 1 OF 1