# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 2-12-04

REPORT NO 9

CONTRACT NO N62472-02-C-0095

TITLE AND LOCATION ANCHORAGE HOUSING REPAIRS, NEWPORT, RI

CONTRACTOR OAK ENVIRONMENTAL CONSULTANTS

SUPERINTENDENT BILL WALTERS

AM WEATHER CLOUDY

PM WEATHER CLOUDY

MAX TEMP (F) 38

MIN TEMP (F) 18

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0108 | 102 NIAGARA 110 NIAGARA | OAK | 2 | CARPENTER | 16 |
| | | | 2 | LABOR | 16 |
| | 120 NIAGARA 124 NIAGARA | | | | |
| | 118 NIAGARA 6 CONSTITUTION | | | | |
| | 9 CONSTITUTION | | | | |
| | REPAIR ROOF | | | | |
| | PENETRATION + NEW B-VENT | | | | |

## JOB SAFETY

| | | |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ YES | ☑ NO |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ YES | ☑ NO |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ YES | ☑ NO |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ YES | ☑ NO |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CON'T SHEETS | 32 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 200 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 232 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Bill Walters

CONTRACTOR/SUPERINTENDENT DATE

4286/1 (9/98)

SHEET 1 OF 1

000074

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 2-13-04

CONTRACT NO N62472-02-C-0095

TITLE AND LOCATION ANCHORAGE HOUSING REPAIRS, NEWPORT, RI

REPORT NO 10

CONTRACTOR OAK ENVIRONMENTAL CONSULTANTS

SUPERINTENDENT BILL WALTERS

AM WEATHER SUNNY

PM WEATHER SUNNY

MAX TEMP (F) 41

MIN TEMP (F) 19

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| | | OAK | 1 | CARPENTER | 4 |
| | CLEAN UP | | 1 | LABOR | 4 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**JOB SAFETY**

| | YES | NO |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of the meeting minutes) | ☐ | ☑ |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | ☐ | ☑ |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/ HAZMAT WORK DONE? (If YES attach statement or checklist showing inspection performed.) | ☐ | ☑ |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed action.) | ☐ | ☑ |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE, THIS DATE, INCL CONT SHEETS | 8 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 232 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 240 |

| Schedule Activity No. | LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED ☑ SAFETY REQUIREMENTS HAVE BEEN MET. |
|---|---|
| | |
| | |
| | |

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB (INDICATE SCHEDULE ACTIVITY NUMBER)

| Schedule Activity No. | Submittal # | Description of Equipment/Material Received |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INDICATE HOURS USED AND SCHEDULE ACTIVITY NUMBER.

| Schedule Activity No. | Owner | Description of Construction Equipment Used Today (incl Make and Model) | Hours Used |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Schedule Activity No. | REMARKS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

[signature] CONTRACTOR/SUPERINTENDENT

2-13-04 DATE

4296/1 (9/88) SHEET 1 OF 1

000075

oak
environmental
consultants, inc.

RECEIVED

2003 DEC -9 AM 9:52

O... ...NFAC
C...
N... ...RI

December 4, 2003

Nolan Redding, LT, CEC, USNR
ROICC Newport Office
1 Simonpietri Drive
Newport, RI 02841

Dear Lt. Redding,

Before forwarding my "last" invoice to you for work completed at Anchorage, I want to try and rectify the current discrepancy between our invoices and our receivables from the Navy, as stated I my e-mail of August 20th. After careful review of our Schedule of Values and the Earned Value Reports, it appears that there were a number of omissions in the Earned Value Reports which had been previously forwarded to you. Enclosed please find our corrected Report for your review.

As you may recall OAK has been paid $1,095,453.00, to date, and you will note that the current total from the Earned Value Report is $1,244,563.00, which leaves a balance due of $149,110.00.

Upon completion of your review we would appreciate your processing for payment of the balance as soon as possible.

Sincerely,

Bruce Newman
Director of Operations

greentree mews • 600 north route 73. suite 12 • marlton, nj 08053
(856) 988-9553 • (fax) (856) 797-9303 • web address www.oakgroup.net

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost | Notes |
|---|---|---|---|---|---|---|---|---|
| Anchorage - Updated - Anchorage Repair Project | | | | | | | | |
| | | 11,152.00 | 2,453,162.46 | 1,244,563.15 | 2,453,162.46 | 51 | 1,244,563.15 | |
| P - Pre Construction | | | | | | | | |
| | | 1.00 | 49,063.00 | 49,063.00 | 49,063.00 | 100 | 49,063.00 | |
| +0001 - Bonding | | | | | | | | |
| | | 1.00 | 49,063.00 | 49,063.00 | 49,063.00 | 100 | 49,063.00 | |
| PE - Plumbing / Electrical / Patio | | | | | | | | |
| | | 8,872.00 | 1,249,677.24 | 649,685.14 | 1,249,677.24 | 52 | 649,685.14 | |
| +0301L - Demo bathroom | | | | | | | | |
| | | 240.00 | 54,165.60 | 23,923.14 | 54,165.60 | 44 | 23,923.14 | |
| +0301M - Demo bathroom | | | | | | | | |
| | | 240.00 | 1,840.80 | 813.02 | 1,840.80 | 44 | 813.02 | |
| +0302L - Tub | | | | | | | | |
| | | 240.00 | 27,084.00 | 11,962.10 | 27,084.00 | 44 | 11,962.10 | |
| +0302M - Tub | | | | | | | | |
| | | 240.00 | 45,686.40 | 37,127.81 | 45,686.40 | 81 | 37,127.81 | 16,903 |
| +0303L - Shower wall | | | | | | | | |
| | | 240.00 | 36,112.80 | 15,949.82 | 36,112.80 | 44 | 15,949.82 | |
| +0303M - Shower wall | | | | | | | | |
| | | 240.00 | 89,510.40 | 46,634.92 | 89,510.40 | 52 | 46,634.92 | 7160 |
| +0304L - Mixing valve | | | | | | | | |
| | | 240.00 | 42,295.20 | 18,680.38 | 42,295.20 | 44 | 18,680.38 | |
| +0304M - Mixing valve | | | | | | | | |
| | | 240.00 | 62,793.60 | 39,246.00 | 62,793.60 | 62 | 39,246.00 | 11,303 |
| +0305L - Trip and waste | | | | | | | | |
| | | 240.00 | 14,100.00 | 6,227.50 | 14,100.00 | 44 | 6,227.50 | |
| +0305M - Trip and waste | | | | | | | | |
| | | 240.00 | 11,690.40 | 7,306.50 | 11,690.40 | 63 | 7,306.50 | 2221 |
| +0306L - Sheetrock | | | | | | | | |
| | | 240.00 | 27,084.00 | 11,962.10 | 27,084.00 | 44 | 11,962.10 | |
| +0306M - Sheetrock | | | | | | | | |
| | | 240.00 | 16,440.00 | 8,357.00 | 16,440.00 | 51 | 8,357.00 | 1151 |
| +0307L - Toilet | | | | | | | | |
| | | 240.00 | 28,197.60 | 12,453.94 | 28,197.60 | 44 | 12,453.94 | |

Gantt chart timescale: 2002 OCT 30 07 14 21 28 — NOV 04 11 18 25 — DEC 02 09 16 23 30 — 2003 JAN 06

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 12/04/03 |
| Page number | 1A |

© Primavera Systems, Inc.

Anchorage Repair Project

Early bar
Progress bar
Critical bar
Summary bar
Progress point
Critical point
Summary point
Start milestone point
Finish milestone point

000077

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| +0308M - Vanity | | | | | | | |
| | 240.00 | 133,351.20 | 66,675.60 | 133,351.20 | 50 | 66,675.60 | 8001 |
| +0309L - Medicine cabinet | | | | | | | |
| | 240.00 | 14,611.20 | 6,453.28 | 14,611.20 | 44 | 6,453.28 | |
| +0309M - Medicine cabinet | | | | | | | |
| | 240.00 | 71,284.80 | 35,642.40 | 71,284.80 | 50 | 35,642.40 | 4277 |
| +0310L - Sub-floor demo | | | | | | | |
| | 240.00 | 9,028.80 | 3,987.72 | 9,028.80 | 44 | 3,987.72 | |
| +0310M - Sub-floor demo | | | | | | | |
| | 240.00 | 1,096.80 | 484.42 | 1,096.80 | 44 | 484.42 | |
| +0311L - Sub-floor install | | | | | | | |
| | 240.00 | 27,081.60 | 11,961.04 | 27,081.60 | 44 | 11,961.04 | |
| +0311M - Sub-floor install | | | | | | | |
| | 240.00 | 29,227.20 | 17,662.97 | 29,227.20 | 60 | 17,662.97 | 4676 |
| +0312L - Ceramic floor | | | | | | | |
| | 240.00 | 72,213.60 | 31,894.34 | 72,213.60 | 44 | 31,894.34 | |
| +0312M - Ceramic floor | | | | | | | |
| | 240.00 | 43,744.80 | 24,249.20 | 43,744.80 | 55 | 24,249.20 | 4812 |
| +0601L - Demo light/smoke/CO | | | | | | | |
| | 960.00 | 17,414.40 | 9,485.04 | 17,414.40 | 54 | 9,485.04 | |
| +0601M - Demo light/smoke/CO | | | | | | | |
| | 240.00 | 0.00 | 0.00 | 0.00 | 44 | 0.00 | |
| +0602L - Smoke/CO | | | | | | | |
| | 240.00 | 13,063.20 | 5,769.58 | 13,063.20 | 44 | 5,769.58 | |
| +0602M - Smoke/CO | | | | | | | |
| | 240.00 | 27,415.20 | 14,849.90 | 27,415.20 | 54 | 14,849.90 | 2742 |
| +0603L - Hall light | | | | | | | |
| | 240.00 | 13,063.20 | 5,769.58 | 13,063.20 | 44 | 5,769.58 | |
| +0603M - Hall light | | | | | | | |
| *b3M | 240.00 | 29,244.00 | 14,748.72 | 29,244.00 | 50 | 14,748.72 | 1755 |
| +0604L - Dinning Light | | | | | | | |

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 12/04/03 |
| Page number | 2A |

© Primavera Systems, Inc.

Anchorage Repair Project

Early bar
Progress bar
Critical bar
Summary bar
Progress point
Critical point
Summary point
Start milestone point
Finish milestone point

000078

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost | 2002 OCT 30 07 14 21 28 NOV 04 11 18 25 DEC 02 09 16 23 30 2003 JAN 06 |
|---|---|---|---|---|---|---|---|---|
| | | 240.00 | 13,063.20 | 5,769.58 | 13,063.20 | 44 | 5,769.58 | |
| +0604M - Dinning Light | | | | | | | | |
| | | 240.00 | 29,244.00 | 14,748.72 | 29,244.00 | 50 | 14,748.72 | 1755 |
| +0701L - Demo patio doors | | | | | | | | |
| | | 118.00 | 8,959.74 | 3,644.64 | 8,959.74 | 41 | 3,644.64 | |
| +0701M - Demo patio doors | | | | | | | | |
| | | 118.00 | 2,073.26 | 843.36 | 2,073.26 | 41 | 843.36 | 44/118 = 37% |
| +0702L - Install patio doors | | | | | | | | |
| | | 118.00 | 16,024.40 | 6,518.40 | 16,024.40 | 41 | 6,518.40 | PAID 36% |
| +0702M - Install patio doors | | | | | | | | |
| | | 118.00 | 79,305.44 | 53,766.40 | 79,305.44 | 68 | 53,766.40 | 21,412 |
| ME - Mechanical | | | | | | | | |
| | | 864.00 | 599,686.74 | 526,693.56 | 599,686.74 | 88 | 526,693.56 | $99,495 |
| +0101L - Remove boiler & disconnect piping | | | | | | | | |
| | | 54.00 | 25,847.64 | 22,018.36 | 25,847.64 | ~~85~~ 87 | 22,018.36 | |
| +0101M - Remove boiler & disconnect piping | | | | | | | | |
| | | 54.00 | 0.00 | 0.00 | 0.00 | ~~85~~ 87 | 0.00 | |
| +0102L - Remove hot water heaters | | | | | | | | |
| | | 54.00 | 18,092.70 | 15,412.30 | 18,092.70 | ~~85~~ 87 | 15,412.30 | |
| +0102M - Remove hot water heaters | | | | | | | | |
| | | 54.00 | 0.00 | 0.00 | 0.00 | ~~85~~ 87 | 0.00 | |
| +0103L - Remove existing stacks thru roof | | | | | | | | |
| | | 54.00 | 15,518.52 | 3,448.56 | 15,518.52 | 22 | 3,448.56 | |
| +0103M - Remove existing stacks thru roof | | | | | | | | |
| | | 54.00 | 0.00 | 0.00 | 0.00 | 22 | 0.00 | |
| +0104L - Install new gas fired boiler & controls | | | | | | | | |
| | | 54.00 | 47,042.10 | 40,072.90 | 47,042.10 | ~~85~~ 87 | ~~40,072.90~~ | 40,926 |
| +0104M - Install new gas fired boiler & controls | | | | | | | | |
| | | 54.00 | 217,136.70 | 217,136.70 | 217,136.70 | 100 | 217,136.70 | 28227 material |
| +0105L - Install new hot water heaters | | | | | | | | |
| | | 54.00 | 31,017.06 | 26,421.94 | 31,017.06 | ~~85~~ 87 | ~~26,421.94~~ | 26,985 |
| +0105M - Install new hot water heaters | | | | | | | | |
| | | 54.00 | 87,881.22 | 87,881.22 | 87,881.22 | 100 | 87,881.22 | 11425 material |
| +0106L - Piping modifications | | | | | | | | |
| | | 54.00 | 93,050.64 | 79,265.36 | 93,050.64 | ~~85~~ 87 | ~~79,265.36~~ | 80,953 |

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 12/04/03 |
| Page number | 3A |

© Primavera Systems, Inc.

Anchorage Repair Project

- Early bar
- Progress bar
- Critical bar
- Summary bar
- Progress point
- Critical point
- Summary point
- Start milestone point
- Finish milestone point

000079

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost | OCT–JAN (2002–2003) |
|---|---|---|---|---|---|---|---|---|
| +0106M - Piping modifications | | | | | | | | |
| | | 54.00 | 28,431.54 | 28,431.54 | 28,431.54 | 100 | 28,431.54 | 3696 material |
| +0107L - Balance system | | | | | | | | |
| | | 54.00 | 7,753.32 | 6,604.68 | 7,753.32 | ~~85~~ 87 | ~~6,604.68~~ | 6745 |
| +0107M - Balance system | | | | | | | | |
| | | 54.00 | 0.00 | 0.00 | 0.00 | 85 | 0.00 | |
| +0108L - Repair roof penetrations | | | | | | | | |
| | | 54.00 | 27,915.30 | 0.00 | 27,915.30 | 0 | 0.00 | |
| +0108M - Repair roof penetrations | | | | | | | | |
| | | 54.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | |
| FDE - Front Door Entrance | | | | | | | | |
| | | 607.00 | 82,300.20 | 19,121.45 | 82,300.20 | 23 | 19,121.45 | |
| + | | | | | | | | |
| | | 7.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | |
| +0401L - Demo door/frame | | | | | | | | |
| | | 60.00 | 8,808.00 | 0.00 | 8,808.00 | 0 | 0.00 | |
| +0401M - Demo door/frame | | | | | | | | |
| | | 60.00 | 270.60 | 0.00 | 270.60 | 0 | 0.00 | |
| +0402L - Door with window | | | | | | | | |
| | | 60.00 | 3,340.20 | 0.00 | 3,340.20 | 0 | 0.00 | |
| +0402M - Door with window | | | | | | | | |
| | | 60.00 | 26,008.20 | 0.00 | 26,008.20 | 0 | 0.00 | |
| +0403L - Door frame | | | | | | | | |
| | | 60.00 | 8,908.80 | 0.00 | 8,908.80 | 0 | 0.00 | |
| +0403M - Door frame | | | | | | | | |
| | | 60.00 | 13,419.60 | 0.00 | 13,419.60 | 0 | 0.00 | |
| +0404L - Smoke/CO detector | | | | | | | | |
| | | 60.00 | 2,402.40 | 1,841.84 | 2,402.40 | 77 | 1,841.84 | |
| +0404M - Smoke/CO detector | | | | | | | | |
| | | 60.00 | 3,605.40 | 3,545.31 | 3,605.40 | 98 | 3,545.31 | 2776 16,448 WIP |
| +0405L - Hall light sensor | | | | | | | | |
| | | 60.00 | 7,125.00 | 5,462.50 | 7,125.00 | 77 | 5,462.50 | |
| +0405M - Hall light sensor | | | | | | | | |
| | | 60.00 | 8,412.00 | 8,271.80 | 8,412.00 | 98 | 8,271.80 | 6369 $757 + $1767 STORED MAT |
| +PC - Porch Column | | | | | | | | |

Timeline scale: 2002 OCT 30 07 14 21 28; NOV 04 11 18 25; DEC 02 09 16 23 30; 2003 JAN 06

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 12/04/03 |
| Page number | 4A |

© Primavera Systems, Inc.

Anchorage Repair Project

- ~~Early bar~~
- Progress bar
- Critical bar
- Summary bar
- Progress point
- Critical point
- Summary point
- Start milestone point
- Finish milestone point

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost |
|---|---|---|---|---|---|---|---|
| | | 336.00 | 126,766.08 | 0.00 | 126,766.08 | 0 | 0.00 |
| +DS - Deck Stairs | | | | | | | |
| | | 472.00 | 345,669.20 | 0.00 | 345,669.20 | 0 | 0.00 |

2002: OCT 30 07 14 21 28; NOV 04 11 18 25; DEC 02 09 16 23 30; 2003 JAN 06

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 12/04/03 |
| Page number | 5A |

© Primavera Systems, Inc.

## Anchorage Repair Project

- Early bar
- Progress bar
- Critical bar
- Summary bar
- Progress point
- Critical point
- Summary point
- Start milestone point
- Finish milestone point