NAVFAC 7300/30
(rev 2/01)

NAVAL FACILITIES ENGINEERING COMMAND

**1. CONTRACTOR'S INVOICE**

From OAK ENVIRONMENTAL CONSULTANTS, INC.
600 N. ROUTE 73, SUITE 12, MARLTON, NJ 08060

Invoice Date 30-Apr-0
Invoice Number

POC/Telephone/email for this invoice: Bruce Newman/856-988-9553/bpn@oakgroup.net

To: Contract Specialist: KAREN SAMPSON

**Below is a Statement of Performance under Contract N62472-02-C-0095** **Task Order #** N/A
**for** ANCHORAGE HOUSING REPAIRS AT NAVAL STATION, NEWPORT, RI

The enclosure provides breakdown of this statement of performance.

| | | | |
|---|---|---|---|
| A. | Total value of contract/task order through change | | $ 2,453,163.00 |
| B. | Percentage of performance complete | 47% | |
| C. | Value of completed performance | | $ 1,159,310.48 |
| D. | Less total of prior payments | | $ 872,719.00 |
| E. | Amount of this invoice | | **$ 286,591.48** |

Signature and Title: [signature] Operations Director
Signature of Authorized Representative
Date: 4/30/2003

**2. FIRST ENDORSEMENT** **Receipt and Acceptance Certification**

From: ROICC, NAVFAC CONTRACTS, NEWPORT, RI
To: DFAS OAKLAND, CA

**1. Payment is recommended as follows:**

| | | | |
|---|---|---|---|
| A. | Amount of work completed to (date) | 4/30/03 | $ 1,095,444 |
| B. | Less: | | |
| | Retention | $ ø | |
| | Other Deductions | $ ø | $ ø |
| C. | Subtotal | | $ 1,095,444 |
| D. | **Less previous payments** | | $ 872,710.00 |
| E. | **Certified amount for payment #** | 4 on TO # | $ 222,734 |
| F. | Elapsed contract time (if applicable) | | |
| G. | Responsible Certifying UIC | N62472 | |
| H. | Invoice Receipt Date | 5/14/03 | |
| I. | Material/Services Receipt Date | 4/30/03 | |
| J. | Material/Services Acceptance Date | 4/30/03 | |
| K. | Date forwarded to paying office | 5/20/03 | |

L. I certify this amount is correct and payment is recommended.

RECEIVED 2003 MAY 14 AM 10:46 OICC ...

Signature: [signature] Date: 5/16/03
Signature of Authorized Representative
Name and Title (typed): NOLAN REDDING, LTJG AROICC
Phone and address: 401-841-1763

**3. PROMPT PAYMENT CERTIFICATION**

**I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN), available funds have been decremented for the amount approved for disbursement and will not be de-obligated and the above invoice is correct and proper for payment.**

Signature: K. Sampson Date: 5/20/03
Signature of Authorized Representative
Name and Title (typed):
Phone and address:

**Line(s) of accounting to be used for this invoice** (include appropriate Line Item # (CLIN, SLIN, or ACRN, etc)

AA = $ ~~222,725.00~~
222,734.00

000082

## Deductions from OAK Invoice #4 for Anchorage

**Items not completed, but shown complete on Earned Value Report (EVR)**

0103L - Remove existing stacks thru roof $13,507

1018L - Repair roof penetrations $24,297

**Stored material (after subtracting material for WIP)**

| | | | |
|---|---|---|---|
| 0312M - Ceramic Floor | $642 | EVR amount remaining as SM | |
| | | No invoice | |
| | $642 | amount not allowed | $642 |
| 0304M - Mixing Valve | $628 | EVR amount remaining as SM | |
| | | No invoice | |
| | $628 | amount not allowed | $628 |
| 0305M - Trip and Waste | $117 | EVR amount remaining as SM | |
| | | No invoice | |
| | $117 | amount not allowed | $117 |
| 0104M - Install new gas fired boiler & controls | | | |
| Amount remaining as stored material: | $28,228 | | |
| | | amount not allowed inv #3 (CONTINUE TO HOLD) | $16,068 |
| 0105M - Install new hot water heaters | | | |
| Amount remaining as stored material: | $11,425 | | |
| | | amount not allowed inv #3 (CONTINUE TO HOLD) | $6,503 |
| 0106M - Piping Modifications | | | |
| Amount remaining as stored material: | $3,696 | | |
| | | amount not allowed inv #3 (CONTINUE TO HOLD) | $2,104 |

| | |
|---|---|
| **Earned Value:** | **$1,159,310** |
| **Previous Payments:** | **$872,71~~9~~0** |
| **Amount not allowed** | **$63,866** |
| **Pay for Invoice #3** | **$222,7~~25~~** 222,734 |

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost |
|---|---|---|---|---|---|---|---|
| Anchorage - Anchorage Repair Project | | | | | | | |
| | | 6,527.00 | 2,453,527.00 | 103,757.78 | 1,398,595.00 | 47 | 1,159,310.4 |
| P - Pre Construction | | | | | | | |
| | | 1.00 | 49,063.00 | 49,063.00 | 49,063.00 | 100 | 49,063.0 |
| +0001 - Bonding | | | | | | | |
| | | 1.00 | 49,063.00 | 49,063.00 | 49,063.00 | 100 | 49,063.0 |
| PE - Plumbing / Electrical / Patio | | | | | | | |
| | | 4,990.00 | 1,250,041.78 | 364.54 | 705,954.04 | 44 | 545,072.9 |
| +0301L - Demo bathroom | | | | | | | |
| | | 134.00 | 54,165.60 | 0.00 | 30,242.46 | 44 | 23,923.1 |
| +0301M - Demo bathroom | | | | | | | |
| | | 134.00 | 1,840.80 | 0.00 | 1,027.78 | 44 | 813.0 |
| +0302L - Tub | | | | | | | |
| | | 134.00 | 27,084.00 | 0.00 | 15,121.90 | 44 | 11,962.1 |
| +0302M - Tub | | | | | | | |
| | | 134.00 | 45,686.40 | 0.00 | 25,508.24 | 44 | 20,178.1 |
| +0303L - Shower wall | | | | | | | |
| | | 134.00 | 36,112.80 | 0.00 | 20,162.98 | 44 | 15,949.8 |
| +0303M - Shower wall | | | | | | | |
| | | 134.00 | 89,510.40 | 0.00 | 49,976.64 | 44 | 39,533.7 |
| +0304L - Mixing valve | | | | | | | |
| | | 134.00 | 42,295.20 | 0.00 | 23,614.82 | 44 | 18,680.3 |
| +0304M - Mixing valve | | | | | | | |
| | | 134.00 | 62,793.60 | 0.00 | 35,059.76 | 45 | 28,257.1 |
| +0305L - Trip and waste | | | | | | | |
| | | 134.00 | 14,100.00 | 0.00 | 7,872.50 | 44 | 6,227.5 |
| +0305M - Trip and waste | | | | | | | |
| | | 134.00 | 11,690.40 | 0.00 | 6,527.14 | 45 | 5,260.6 |
| +0306L - Sheetrock | | | | | | | |
| | | 134.00 | 27,084.00 | 0.00 | 15,121.90 | 44 | 11,962.1 |
| +0306M - Sheetrock | | | | | | | |
| | | 134.00 | 16,440.00 | 0.00 | 9,179.00 | 44 | 7,261.0 |
| +0307L - Toilet | | | | | | | |
| | | 134.00 | 28,197.60 | 0.00 | 15,743.66 | 44 | 12,453.9 |
| +0307M - Toilet | | | | | | | |
| | | 134.00 | 113,258.40 | 0.00 | 63,235.94 | 44 | 50,022.4 |
| +0308L - Vanity | | | | | | | |
| | | 134.00 | 28,908.00 | 0.00 | 16,140.30 | 44 | 12,767.1 |
| +0308M - Vanity | | | | | | | |
| | | 134.00 | 133,351.20 | 0.00 | 74,454.42 | 44 | 58,896.1 |
| +0309L - Medicine cabinet | | | | | | | |
| | | 134.00 | 14,611.20 | 0.00 | 8,157.92 | 44 | 6,453.2 |
| +0309M - Medicine cabinet | | | | | | | |
| | | 134.00 | 71,284.80 | 0.00 | 39,800.68 | 44 | 31,484. |
| +0310L - Sub-floor demo | | | | | | | |
| | | 134.00 | 9,028.80 | 0.00 | 5,041.08 | 44 | 3,987.1 |
| +0310M - Sub-floor demo | | | | | | | |
| | | 134.00 | 1,096.80 | 0.00 | 612.38 | 44 | 484.4 |
| +0311L - Sub-floor install | | | | | | | |
| | | 134.00 | 27,081.60 | 0.00 | 15,120.56 | 44 | 11,961.4 |

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 05/13/03 |
| Page number | 1A |

© Primavera Systems, Inc.

Oak Environn
Anchora

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Value Cost |
|---|---|---|---|---|---|---|---|
| +0311M - Sub-floor Install | | | | | | | |
| | | 134.00 | 29,227.20 | 0.00 | 16,318.52 | 44 | 12,908. |
| +0312L - Ceramic floor | | | | | | | |
| | | 134.00 | 72,213.60 | 0.00 | 40,319.26 | 44 | 31,894. |
| +0312M - Ceramic floor | | | | | | | |
| | | 134.00 | 44,109.34 | 364.54 | 24,424.18 | 45 | 20,049. |
| +0601L - Demo light/smoke/CO | | | | | | | |
| | | 536.00 | 17,414.40 | 0.00 | 9,723.04 | 44 | 7,691. |
| +0601M - Demo light/smoke/CO | | | | | | | |
| | | 134.00 | 0.00 | 0.00 | 0.00 | 44 | 0. |
| +0602L - Smoke/CO | | | | | | | |
| | | 134.00 | 13,063.20 | 0.00 | 7,293.62 | 44 | 5,769. |
| +0602M - Smoke/CO | | | | | | | |
| | | 134.00 | 27,415.20 | 0.00 | 15,306.82 | 44 | 12,108. |
| +0603L - Hall light | | | | | | | |
| | | 134.00 | 13,063.20 | 0.00 | 7,293.62 | 44 | 5,769. |
| +0603M - Hall light | | | | | | | |
| | | 134.00 | 29,244.00 | 0.00 | 16,327.90 | 44 | 12,916.1 |
| +0604L - Dinning Light | | | | | | | |
| | | 134.00 | 13,063.20 | 0.00 | 7,293.62 | 44 | 5,769. |
| +0604M - Dinning Light | | | | | | | |
| | | 134.00 | 29,244.00 | 0.00 | 16,327.90 | 44 | 12,916.1 |
| +0701L - Demo patio doors | | | | | | | |
| | | 75.00 | 8,959.74 | 0.00 | 5,694.75 | 36 | 3,264. |
| +0701M - Demo patio doors | | | | | | | |
| | | 75.00 | 2,073.26 | 0.00 | 1,317.75 | 36 | 755. |
| +0702L - Install patio doors | | | | | | | |
| | | 75.00 | 16,024.40 | 0.00 | 10,185.00 | 36 | 5,839.4 |
| +0702M - Install patio doors | | | | | | | |
| | | 75.00 | 79,305.44 | 0.00 | 50,406.00 | 36 | 28,899.4 |
| ME - Mechanical | | | | | | | |
| | | 128.00 | 599,686.74 | 54,330.24 | 88,842.48 | 94 | 565,174.5 |
| +0101L - Remove boiler & disconnect piping | | | | | | | |
| | | 8.00 | 25,847.64 | 478.66 | 3,829.28 | 87 | 22,497.0 |
| +0101M - Remove boiler & disconnect piping | | | | | | | |
| | | 8.00 | 0.00 | 0.00 | 0.00 | 100 | 0.0 |
| +0102L - Remove hot water heaters | | | | | | | |
| | | 8.00 | 18,092.70 | 335.05 | 2,680.40 | 87 | 15,747.3 |
| +0102M - Remove hot water heaters | | | | | | | |
| | | 8.00 | 0.00 | 0.00 | 0.00 | 100 | 0.0 |
| +0103L - Remove existing stacks thru roof | | | | | | | |
| | | 8.00 | 15,518.52 | 287.38 | 2,299.04 | 87 | ~~13,506.8~~ |
| +0103M - Remove existing stacks thru roof | | | | | | | |
| | | 8.00 | 0.00 | 0.00 | 0.00 | 100 | 0.0 |
| +0104L - Install new gas fired boiler & controls | | | | | | | |
| | | 8.00 | 47,042.10 | 871.15 | 6,969.20 | 87 | 40,944.0 |
| +0104M - Install new gas fired boiler & controls | | | | | | | |
| | | 8.00 | 217,136.70 | 32,168.40 | 32,168.40 | 100 | 217,136.7 |
| +0105L - Install new hot water heaters | | | | | | | |
| | | 8.00 | 31,017.06 | 574.39 | 4,595.12 | 87 | 26,996.3 |

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 05/13/03 |
| Page number | 2A |

© Primavera Systems, Inc.

Oak Environm
Anchora

| Activity ID | Description | Quantity at Completion | Budgeted Cost | Actual Cost to Date | Cost at Completion | % | Earned Valu Cost |
|---|---|---|---|---|---|---|---|
| +0105M - Install new hot water heaters | | | | | | | |
| | | 8.00 | 87,881.22 | 13,019.44 | 13,019.44 | 100 | 87,881 |
| +0106L - Piping modifications | | | | | | | |
| | | 8.00 | 93,050.64 | 1,723.16 | 13,785.28 | 87 | 80,988 |
| +0106M - Piping modifications | | | | | | | |
| | | 8.00 | 28,431.54 | 4,212.08 | 4,212.08 | 100 | 28,431 |
| +0107L - Balance system | | | | | | | |
| | | 8.00 | 7,753.32 | 143.58 | 1,148.64 | 87 | 6,748 |
| +0107M - Balance system | | | | | | | |
| | | 8.00 | 0.00 | 0.00 | 0.00 | 87 | 0 |
| +0108L - Repair roof penetrations | | | | | | | |
| | | 8.00 | 27,915.30 | 516.95 | 4,135.60 | 87 | ~~24,296~~ |
| +0108M - Repair roof penetrations | | | | | | | |
| | | 8.00 | 0.00 | 0.00 | 0.00 | 100 | 0 |
| + | | | | | | | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 |
| +FDE - Front Door Entrance | | | | | | | |
| | | 600.00 | 82,300.20 | 0.00 | 82,300.20 | 0 | 0 |
| +PC - Porch Column | | | | | | | |
| | | 336.00 | 126,766.08 | 0.00 | 126,766.08 | 0 | 0 |
| +DS - Deck Stairs | | | | | | | |
| | | 472.00 | 345,669.20 | 0.00 | 345,669.20 | 0 | 0 |

| | |
|---|---|
| Start date | 09/30/02 |
| Finish date | 09/30/03 |
| Data date | 09/30/02 |
| Run date | 05/13/03 |
| Page number | 3A |

© Primavera Systems, Inc.

Oak Environ
Anchor

oak
environmental
consultants, inc.

December 8, 2003

Nolan Redding, LT, CEC, USNR
ROICC Newport Office
1 Simonpietri Drive
Newport, RI 02841

Ref: May Invoice for Anchorage Housing

Dear Lt. Redding,

Enclosed please find our invoice for performance at Anchorage Housing in May, as well as some additional cost-incurred items. Hopefully the enclosed documents will clarify additional line items. If you need this invoice in another format, please feel to contact me.

Sincerely,

Bruce Newman
Director of Operations

RECEIVED
2003 DEC 15 PM 1:35

greentree mews • 600 north route 73. suite 12 • marlton, nj 08053
(856) 988-9553 • (fax) (856) 797-9303 • web address www.oakgroup.net

**May 2003 Invoice**
**Anchorage Housing**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Task Description** | | | **Misc.** | | **Labor Units (ea)** | **Material Total** | **Labor Total** | **TOTAL** |
| **Bathrooms** | | | | | | | | |
| Demolition | | | | | 4 | | $ 902.76 | $ **902.76** |
| Tub | | | | | | | | |
| Shower Wall | | | | | | | | |
| Mixing Valve | | | | | 4 | | $ 704.91 | $ **704.91** |
| Trip and Waste | | | | | | | | |
| Sheetrock | | | | | 3 | | $ 282.13 | $ **282.13** |
| Toilet | | | | | | | | |
| Vanity | | | | | | | | |
| Medicine Cabinet | | | | | | | | |
| Sub Floor Demo | | | | | 4 | | $ 150.47 | $ **150.47** |
| Sub Floor Install | | | | | 4 | | $ 451.36 | $ **451.36** |
| Ceramic Floor | | | | | 2 | | $ 451.33 | $ **451.33** |
| **Sliding Patio Door** | | | | | | | | |
| Demo Doors | | | | | 1 | | $75.93 | **$75.93** |
| Install Doors | | | | | 1 | | $ 135.80 | $ **135.80** |
| **May Sub-total** | | | | | | | | $ **3,154.67** |
| ✓ Patio doors still at manufacturers (see attached) | 38 | ea | | | | $ 399.07 | | $ **15,164.80** |
| Sub-floor work done at 120C Lawrence (see attached) | | | | | | | | $ **579.40** |
| ✓ Restocking Charge for Vanities (see attached) | | | | | | | | $ **1,485.59** |
| ✓ OAK Storage Trailers (see attached) | 9 | mo | $ 97.00 | | | | | $ **873.00** |
| ✓ Patriot Storage Trailers (see attached) | 9 | mo | $ 486.35 | | | | | $ **4,377.15** |

**May 2003 Invoice**
**Anchorage Housing**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| Installation of 47th Boiler | 1 | ea | | | | $ 6,174.98 | $ 4,125.98 | $ **10,300.96** |
| | | | | | | | | |
| **TOTAL** | | | | | | | | $ **35,935.57** |

Custom Built

WINDOW & DOOR SYSTEMS, INC.

80 Meadow Street
Warwick, RI 02886
(401) 738-3800
FAX (401) 738-0710

June 23, 2003

Patriot Services
ATTN: Jim Carlson
1341 West Main Road
Middletown, RI 02842

Re: Anchorage Project

Dear Mr. Carlson;

The patio doors for the Anchorage Project are custom sized and were manufactured per your specifications. The total of 118 doors were all ordered and manufactured at one time, therefore, these doors are for those openings only and were shipped in accordance with the needs of Patriot's installation crew, as such, 80 of the patio doors were delivered and we are in possession of the final 38 doors.

Warehousing these doors has presented a great obstacle and they are taking up valuable space. We find ourselves at a huge inconvenience and loss of man hours with the need to work around these doors. If this is not resolved in a reasonable amount of time, we will find it necessary to charge for storage and man hours caused by the need to work around and find space for these doors.

Therefore, we must insist on the balance owed to us in the amount of $15,164.80.

Sincerely;

John Gardner III
Vice President

JG/cr

• WE MANUFACTURE TOP QUALITY WINDOWS OF ALL SHAPES & SIZES •