Anchorage

,5 Gooding Avenue
Bristol, RI 02809

MAY 02 REC'D

**INVOICE # 100**
**DATE: 4/25/03**

# INVOICE

# Riley Kitchen & Bath Co.

**Bill To:**

Patriot Servicer Inc.
1341 West Main Rd.
Middletown, RI 02842

**For:**
Anchorage, Inc.

| DESCRIPTION | AMOUNT |
|---|---|
| Reference cancel of order dated 4/24/03 for 60 qty vanity order @ 15 % restock charge. | $1,072.00 |
| Rhode Island Sales Tax | 75.04 |
| No Tax J. C. | |
| TOTAL | ~~$1147.04~~ 1072.00 |

Make all checks payable to **Riley Kitchen & Bath Co.**
If you have any questions concerning this invoice, contact Mike Riley @ 401-253-2205

Thanks for your business ! Payment in full due upon receipt of invoice.

**Invoice for Work Performed** **Date:** 31-Oct-03

NAVFAC 4330/43 (8/88)

**Contract Title:** Anchorage Housing Repairs **Contract No:** N62472-02-C-0095

**ROICC Office:** Newport, RI

**Description:** Re-stocking charge for vanities

| | Prime Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 1 | Direct Materials | | | | |
| 2 | Sales Tax on Materials (% of Line 11) | 0% | $ - | | |
| 3 | Direct Labor | | | | |
| 4 | Insurance, Taxes and Fringe Benefits (% of Line 3) | 0% | $ - | | |
| 5 | Rental Equipment | | $ - | | |
| 6 | Sales Tax on Rental Equipment (% of Line 5) | 0% | $ - | | |
| 7 | Equipment Ownership and Operating Expenses | | $ - | | |
| 8 | SUBTOTAL (add lines 1-7) | | | $ - | |
| 9 | Field Overhead (% of line 8) | 0% | $ - | | |
| 10 | SUBTOTAL (add lines 8 & 9) | | | $ - | |

Prime Remarks:

| | Sub - Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 11 | Direct Materials | | $ 1,072.00 | | |
| 12 | Sales Tax on Materials (% of Line 11) | 0.00% | $ - | | |
| 13 | Direct Labor | | | | |
| 14 | Insurance, Taxes and Fringe Benefits (% of Line 13) | 30.00% | $ - | | |
| 15 | Rental Equipment | | $ - | | |
| 16 | Sales Tax on Rental Equipment (% of Line 15) | 0.00% | $ - | | |
| 17 | Equipment Ownership and Operating Expenses | | $ - | | |
| 18 | SUBTOTAL (add lines 11-17) | | $ 1,072.00 | $ 1,072.00 | |
| 19 | Field Overhead (% of line 18) | 2.00% | $ 21.44 | | |
| 20 | SUBTOTAL (add lines 18 & 19) | | | $ 1,093.44 | |
| 21 | Home Office Overhead (% of line 20) | 5.00% | $ 54.67 | | |
| 22 | Profit (% of Line 20) | 15.00% | $ 164.02 | | |
| 23 | SUBTOTAL (add lines 20-22) | | $ 1,312.13 | $ 1,312.13 | |

| | SUMMARY | | | | |
|---|---|---|---|---|---|
| 24 | Prime Contractor's Work (from line 10) | | $ - | | |
| 25 | Sub-Contractor's Work (from line 23) | | $ 1,312.13 | | |
| 26 | SUBTOTAL (add lines 24 & 25) | | | $ 1,312.13 | |
| 27 | Prime Overhead on Sub-Contractor (% of line 23) | 5.00% | $ 65.61 | | |
| 28 | Prime's Home Office Overhead (% of line 24) | 3.00% | $ - | | |
| 29 | Prime's Profit (% of line 26) | 6.00% | $ 78.73 | | |
| 30 | SUBTOTAL (add lines 26-29) | | | $ 1,456.46 | |
| 31 | Prime Contractor's Bond Premium (% of line 30) | 2.00% | $ 29.13 | | |
| 32 | TOTAL COST (Add lines 30-31) | | | $ 1,485.59 | |

Estimated time extension and justification

Prime Contractor Name: Oak Environmental

Sub-Contractor Name: Patriot Services: Mario Lagoa

Signature and Title of Preparer: Date: October 31, 2003

Director of Operations

# Proposal/Estimate For Contract Modification

**Date:** 8-Dec-03

NAVFAC 4330/43 (8/88)

**Contract Title:** Anchorage Housing Repairs **Contract No:** N62472-02-C-0095

**ROICC Office:** Newport, RI

**Description: Storage Trailers**

| | Prime Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 1 | Direct Materials | | | | |
| 2 | Sales Tax on Materials (% of Line 11) | 0% | $ - | | |
| 3 | Direct Labor | | | | |
| 4 | Insurance, Taxes and Fringe Benefits (% of Line 3) | 0% | $ - | | |
| 5 | Rental Equipment | | $ - | | |
| 6 | Sales Tax on Rental Equipment (% of Line 5) | 0% | $ - | | |
| 7 | Equipment Ownership and Operating Expenses | | $ - | | |
| 8 | SUBTOTAL (add lines 1-7) | | | $ - | |
| 9 | Field Overhead (% of line 8) | 0% | $ - | | |
| 10 | SUBTOTAL (add lines 8 & 9) | | | $ - | |

Prime Remarks:

| | Sub - Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 11 | Direct Materials | | | | |
| 12 | Sales Tax on Materials (% of Line 11) | 0.00% | $ - | | |
| 13 | Direct Labor | | | | |
| 14 | Insurance, Taxes and Fringe Benefits (% of Line 13) | 30.00% | $ - | | |
| 15 | Rental Equipment | | $ 486.35 | | |
| 16 | Sales Tax on Rental Equipment (% of Line 15) | 0.00% | $ - | | |
| 17 | Equipment Ownership and Operating Expenses | | $ - | | |
| 18 | SUBTOTAL (add lines 11-17) | | $ 486.35 | $ 486.35 | |
| 19 | Field Overhead (% of line 18) | 10.00% | $ 48.64 | | |
| 20 | SUBTOTAL (add lines 18 & 19) | | | $ 534.99 | |
| 21 | Home Office Overhead (% of line 20) | 3.00% | $ 16.05 | | |
| 22 | Profit (% of Line 20) | 6.00% | $ 32.10 | | |
| 23 | SUBTOTAL (add lines 20-22) | | $ 583.13 | $ 583.13 | |

7/6

Sub's Remarks:This is a square foot cost and includes demolition up to two layers of existing tile and incidential floor prep. Floor tile material meet specification of existing.

| | SUMMARY | | | |
|---|---|---|---|---|
| 24 | Prime Contractor's Work (from line 10) | | $ - | |
| 25 | Sub-Contractor's Work (from line 23) | | $ 583.13 | |
| 26 | SUBTOTAL (add lines 24 & 25) | | | $ 583.13 |
| 27 | Prime Overhead on Sub-Contractor (% of line 23) | 5.00% | $ 29.16 | |
| 28 | Prime's Home Office Overhead (% of line 24) | 3.00% | $ - | |
| 29 | Prime's Profit (% of line 26) | 6.00% | $ 34.99 | |
| 30 | SUBTOTAL (add lines 26-29) | | | $ 647.28 |
| 31 | Prime Contractor's Bond Premium (% of line 30) | 2.00% | $ 12.95 | |
| 32 | TOTAL COST (Add lines 30-31) | | | $ 660.22 * |

Estimated time extension and justification

* Per Month

Prime Contractor Name: Oak Environmental

Sub-Contractor Name: Patriot Services: Mario Lagoa

Signature and Title of Preparer: Date: December 8, 2003

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

MAY 0 5 REC'D

| DATE | INVOICE # |
|---|---|
| 5/8/2003 | 70719 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Anchorage Housing Project<br>Newport Navy Base<br>Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | | √ | | |
| | Rental period: 5/8/03 thru 6/6/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

please send remittance

**Total** $194.54

11/05/2003 13:24 4018^^2666 PATRIOT PAGE 03

Anchorage

# Invoice

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

MAY 20 REC'D

| DATE | INVOICE # |
|---|---|
| 5/23/2003 | 71136 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 406817 | 40' Container lease unit # 406817 | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 3 | 0.97 | 2.91 |
| | Rental period: 5/23/03 thru 6/21/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

please send remittance

**Total** $291.81

000095

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

JUN 0 2 REC'D

| DATE | INVOICE # |
|---|---|
| 6/7/2003 | 71595 |

**BILL TO**

Patriot Services
1341 West Main Road
Middltown RI 02842

**LOCATION**

Anchorage Housing Project
Newport Navy Base
Lake Erie Street Parking Lot
off Coddington Highway
Middletown RI

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | Rental period: 6/7/03 thru 7/6/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

please send remittance

**Total** $194.54

000096

# Invoice

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

JUN 23 REC'D

| DATE | INVOICE # |
|---|---|
| 6/22/2003 | 72040 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 406817 | 40' Container lease unit # 406817 | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 3 | 0.97 | 2.91 |
| | Rental period: 6/22/03 thru 7/20/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

please send remittance

**Total** $291.81

MOBILE STORAGE, INC.

8· Pilsudski Street • Providence, RI 02909 • (401) 942-1886

JUL 07 REC'D

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/6/2003 | 72521 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Anchorage Housing Project<br>Newport Navy Base<br>Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | Rental period: 7/6/03 thru 8/4/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

please send remittance

**Total** $194.54

000098

MOBILE STORAGE, INC.
61 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

JUL 21 REC'D

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/21/2003 | 72924 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 406817 | 40' Container lease unit # 406817 | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 3 | 0.97 | 2.91 |
| | Rental period: 7/21/03 thru 8/19/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

please send remittance

**Total** $291.81

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

AUG 05 REC'D

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/5/2003 | 73417 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Anchorage Housing Project<br>Newport Navy Base<br>Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | Rental period: 8/5/03 thru 9/3/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

please send remittance

**Total** $194.54

000100

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02905 • (401) 942-1888

# Invoice

AUG 20 REC'D

| DATE | INVOICE # |
|---|---|
| 8/20/2003 | 73819 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 406817 | 40' Container lease unit # 406817 | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 6 | 0.97 | 5.82 |
| | Rental period: 8/20/03 thru 9/18/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

| | | |
|---|---|---|
| please send remittance | Total | $294.72 |

000101

MOBILE STORAGE, INC.

81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

SEP 03 [illegible]

| DATE | INVOICE # |
|---|---|
| 9/4/2003 | 74426 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Anchorage Housing Project<br>Newport Navy Base<br>Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | Rental period: 9/4/03 thru 10/3/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

please send remittance

**Total** $194.54

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

SEP 12 REC'D

| DATE | INVOICE # |
|---|---|
| 9/19/2003 | 75059 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 406817 | 40' Container lease unit # 406817 | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 6 | 0.97 | 5.82 |
| | Rental period: 9/19/03 thru 10/18/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

please send remittance

**Total** $294.72

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

SEP 29 REC'D

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/4/2003 | 75583 |

| BILL TO |
|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 |

| LOCATION |
|---|
| Anchorage Housing Project<br>Newport Navy Base<br>Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 413663 | 40' Container lease unit # 413663 | | 90.00 | 90.00T |
| 670277 | 40' Container lease unit # 670277 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 2 | 0.97 | 1.94 |
| | Rental period: 10/4/03 thru 11/2/03 | | | |
| | Sales Tax | | 7.00% | 12.60 |

Please send remittance

**Total** $194.54

Chorage

MOBILE STORAGE, INC.

61 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

OCT 20 REC'D

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/19/2003 | 76557 |

| BILL TO | LOCATION |
|---|---|
| Patriot Services<br>1341 West Main Road<br>Middltown RI 02842 | Newport Navy Base<br>Lake Erie Street Parking Lot<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| ~~406817~~ | ~~40' Container lease unit # 406817~~ | | 90.00 | 90.00T |
| 402567 | 40' Container lease unit # 402567 | | 90.00 | 90.00T |
| 445603 | 40' Container lease unit #445603 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | 3 | 0.97 | 2.91 |
| | Rental period: 10/19/03 thru 11/17/03 | | | |
| | Sales Tax | | 7.00% | 18.90 |

..e send remittance

**Total** $291.81

000105

**Proposal/Estimate For Contract Modification** **Date:** 8-Dec-03

NAVFAC 4330/43 (8/88)

**Contract Title:** Anchorage Housing Repairs **Contract No:** N62472-02-C-0095

**ROICC Office:** Newport, RI

**Description: Storage Trailers**

| | Prime Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 1 | Direct Materials | | | | |
| 2 | Sales Tax on Materials (% of Line 11) | 0% | $ - | | |
| 3 | Direct Labor | | | | |
| 4 | Insurance, Taxes and Fringe Benefits (% of Line 3) | 0% | $ - | | |
| 5 | Rental Equipment | | $ 97.00 | | |
| 6 | Sales Tax on Rental Equipment (% of Line 5) | 0% | $ - | | |
| 7 | Equipment Ownership and Operating Expenses | | $ - | | |
| 8 | SUBTOTAL (add lines 1-7) | | | $ 97.00 | |
| 9 | Field Overhead (% of line 8) | 0% | $ - | | |
| 10 | SUBTOTAL (add lines 8 & 9) | | | $ 97.00 | |

Prime Remarks:

| | Sub - Contractor's Work | | | | Comments |
|---|---|---|---|---|---|
| 11 | Direct Materials | | | | |
| 12 | Sales Tax on Materials (% of Line 11) | 0.00% | $ - | | |
| 13 | Direct Labor | | | | |
| 14 | Insurance, Taxes and Fringe Benefits (% of Line 13) | 30.00% | $ - | | |
| 15 | Rental Equipment | | | | |
| 16 | Sales Tax on Rental Equipment (% of Line 15) | 0.00% | $ - | | |
| 17 | Equipment Ownership and Operating Expenses | | $ - | | |
| 18 | SUBTOTAL (add lines 11-17) | | $ - | $ - | |
| 19 | Field Overhead (% of line 18) | 10.00% | $ - | | |
| 20 | SUBTOTAL (add lines 18 & 19) | | | $ - | |
| 21 | Home Office Overhead (% of line 20) | 3.00% | $ - | | |
| 22 | Profit (% of Line 20) | 6.00% | $ - | | |
| 23 | SUBTOTAL (add lines 20-22) | | $ - | $ - | |

? Sub's Remarks:This is a square foot cost and includes demolition up to two layers of existing tile and incidential floor prep. Floor tile material meet specification of existing.

| | SUMMARY | | | |
|---|---|---|---|---|
| 24 | Prime Contractor's Work (from line 10) | | $ 97.00 | |
| 25 | Sub-Contractor's Work (from line 23) | | $ - | |
| 26 | SUBTOTAL (add lines 24 & 25) | | | $ 97.00 |
| 27 | Prime Overhead on Sub-Contractor (% of line 23) | 5.00% | $ - | |
| 28 | Prime's Home Office Overhead (% of line 24) | 3.00% | $ 2.91 | |
| 29 | Prime's Profit (% of line 26) | 6.00% | $ 5.82 | |
| 30 | SUBTOTAL (add lines 26-29) | | | $ 105.73 |
| 31 | Prime Contractor's Bond Premium (% of line 30) | 2.00% | $ 2.11 | |
| 32 | TOTAL COST (Add lines 30-31) | | | $ 107.84 * |

Estimated time extension and justification

Per month

Prime Contractor Name: Oak Environmental

Sub-Contractor Name: Patriot Services: Mario Lagoa

Signature and Title of Preparer: Date: December 8, 2003

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/19/2003 | 76555 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 10/19/03 thru 11/17/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

please send remittance

**Total** $97.27

000107

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/19/2003 | 75057 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 9/19/03 thru 10/18/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

please send remittance

**Total** $97.27

000108

# Invoice

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

| DATE | INVOICE # |
|---|---|
| 8/20/2003 | 73817 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 8/20/03 thru 9/18/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

| please send remittance | Total | $97.27 |
|---|---|---|

000109

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/21/2003 | 72922 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 7/21/03 thru 8/19/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

7/22 P

| please send remittance | Total | $97.27 |
|---|---|---|

000110

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/22/2003 | 72038 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 6/22/03 thru 7/20/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

6/24 P

please send remittance

**Total** $97.27

000111

MOBILE STORAGE, INC.
81 Pilsudski Street • Providence, RI 02909 • (401) 942-1888

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/23/2003 | 71134 |

| BILL TO | LOCATION |
|---|---|
| Oak Environmental<br>600 North Route 73 Suite 12<br>Marlton NJ 08053 | Anchorage Housing<br>Newport Navy Base<br>115 Lake Erie Street Parking Lot<br>off Coddington Highway<br>Middletown RI |

| P.O. NO | TERMS |
|---|---|
| Anchorage #2 | Due on recpt |

| | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 878149 | 40' Container lease unit # 878149 | | 90.00 | 90.00T |
| City/Town tan... | City/Town tangible tax | | 0.97 | 0.97 |
| | Rental period: 5/23/03 thru 6/21/03 | | | |
| | Sales Tax | | 7.00% | 6.30 |

OE 5/20

please send remittance

**Total** $97.27

300/30

**NAVAL FACILITIES ENGINEERING COMMAND**

**1. CONTRACTOR'S INVOICE**

From: OAK ENVIRONMENTAL CONSULTANTS, INC.
600 N. ROUTE 73, SUITE 12, MARLTON, NJ 08060

Invoice Date: 31-Dec-03
Invoice Number: 5

POC/Telephone/email for this invoice: Bruce Newman/856-988-9553/bpn@oakgroup.net

To: Contract Specialist: KAREN SAMPSON

**Below is a Statement of Performance under Contract N62472-02-C-0095** **Task Order #** N/A
**for** ANCHORAGE HOUSING REPAIRS AT NAVAL STATION, NEWPORT, RI

The enclosure provides breakdown of this statement of performance.

| | | | |
|---|---|---|---|
| A. | Total value of contract/task order through change | | $ 2,453,163.00 |
| B. | Percentage of performance complete | 46.5567% | |
| C. | Value of completed performance | | $1,143,112.53 |
| D. | Less total of prior payments | | $1,095,444.00 |
| F. | Amount of this invoice | | $ 47,668.53 |

Signature and Title: [signature] Operations Director
Signature of Authorized Representative
Date: 12/31/2003

**2. FIRST ENDORSEMENT** **Receipt and Acceptance Certification**

From: ROICC, NAVFAC CONTRACTS, NEWPORT, RI
To: DFAS OAKLAND, CA

**1. Payment is recommended as follows:**

| | | | |
|---|---|---|---|
| A. | Amount of work completed to (date) | 12/31/03 | $ 1,119,851.21 |
| B. | Less: | | |
| | Retention | $ ∅ | |
| | Other Deductions | $ ∅ | $ ∅ |
| C. | Subtotal | | $ 1,119,851.21 |
| D. | **Less previous payments** | | $ 1,095,444.00 |
| E. | **Certified amount for payment #** | #5 on TO # | $ 24,407.21 |
| F. | Elapsed contract time (if applicable) | | |
| G. | Responsible Certifying UIC | N62472 | |
| H. | Invoice Receipt Date | 1/30/04 | |
| I. | Material/Services Receipt Date | | |
| J. | Material/Services Acceptance Date | | |
| K. | Date forwarded to paying office | | |
| L. | I certify this amount is correct and payment is recommended. | | |

RECEIVED ... 30 ... 2:46

Signature: [signature] Date: 2/5/04
Signature of Authorized Representative
Name and Title (typed): NOLAN REDDING AROICC
Phone and address: 401-841-1763 1 SIMONPIETRI DR.

**3. PROMPT PAYMENT CERTIFICATION**

**I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN), available funds have been decremented for the amount approved for disbursement and will not be de-obligated and the above invoice is correct and proper for payment.**

Signature: Karen Sampson Date: 2/9/04
Signature of Authorized Representative
Name and Title (typed):
Phone and address:

**Line(s) of accounting to be used for this invoice** (include appropriate Line Item # (CLIN, SLIN, or ACRN, etc)

AA = $24,407.21

# December 2003 Invoice
## Anchorage Housing

| Task Description | | | Misc. | % Complete | Units (ea) | Material Total | Labor Total | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Bathrooms | | | | | 4 | | $ 902.76 | $ 902.76 |
| Demolition | | | | | | | | |
| Tub | | | | | | | | |
| Shower Wall | | | | | 4 | | $ 704.91 | $ 704.91 |
| Mixing Valve | | | | | | | | |
| Trip and Waste | | | | | 3 | | $ 282.13 | $ 282.13 |
| Sheetrock | | | | | | | | |
| Toilet | | | | | | | | |
| Vanity | | | | | | | | |
| Medicine Cabinet | | | | | 4 | | $ 150.47 | $ 150.47 |
| Sub Floor Demo | | | | | 4 | | $ 451.36 | $ 451.36 |
| Sub Floor Install | | | | | 2 | | $ 451.33 | $ 451.33 |
| Ceramic Floor | | | | | | | | |
| | | | | | | | | |
| Sliding Patio Door | | | | | 1 | | $75.93 | $75.93 |
| Demo Doors | | | | | 1 | | $ 135.80 | $ 135.80 |
| Install Doors | | | | 77% | 46 | $60.09 | $40.04 | $ 4,605.98 |
| Smoke/CO Detectors | | | | 77% | 46 | $140.20 | $118.75 | $ 11,911.70 |
| Hall Light Sensors | | | | | | | | |
| | | | | | 1 | $4,125.99 | $6,174.98 | $ 10,300.97 |
| Installation of 47th Boiler | 1 | ea | | | | | | |
| Remove existing stacks thru roof | 22 | ea | | 50% | 22 | | $287.38 | $ 6,322.34 |
| Repair roof penetrations | 22 | ea | | 50% | 22 | | $516.95 | $ 11,372.87 |
| | | | | | | | | |
| | | | | | | | | $ 47,668.53 |
| TOTAL | | | | | | | | |

see attached WIP spreadsheet

Anchorage Housing Renovations N62472-02-C-0095
Work in place

| Task Description | Earned Value Report | Certified % complete | Amount | Complete | Contract | % |
|---|---|---|---|---|---|---|
| Bond | $ 49,063.00 | 100% | $ 49,063.00 | 1 | 1 | 1.000 |
| Demo Bath | $ 54,165.60 | 45.8% | $ 24,825.90 | 110 | 240 | 0.458 |
| Demo Bath | $ 1,840.80 | 45.8% | $ 843.70 | 110 | 240 | 0.458 |
| Tub | $ 27,084.00 | 44.2% | $ 11,962.10 | 106 | 240 | 0.442 |
| Tub | $ 45,686.40 | 44.2% | $ 20,178.16 | 106 | 240 | 0.442 |
| Shower Wall | $ 36,112.80 | 44.2% | $ 15,949.82 | 106 | 240 | 0.442 |
| Shower Wall | $ 89,510.40 | 44.2% | $ 39,533.76 | 106 | 240 | 0.442 |
| Mixing Valves | $ 42,295.20 | 45.8% | $ 19,385.30 | 110 | 240 | 0.458 |
| Mixing Valves | $ 62,793.60 | 45.8% | $ 28,780.40 | 110 | 240 | 0.458 |
| Trip & Waste | $ 14,100.00 | 44.2% | $ 6,227.50 | 106 | 240 | 0.442 |
| Trip & Waste | $ 11,690.00 | 44.2% | $ 5,163.08 | 106 | 240 | 0.442 |
| Sheetrock | $ 27,084.00 | 45.4% | $ 12,300.66 | 109 | 240 | 0.454 |
| Sheetrock | $ 16,440.00 | 45.4% | $ 7,466.51 | 109 | 240 | 0.454 |
| Toilet | $ 28,197.60 | 44.2% | $ 12,453.94 | 106 | 240 | 0.442 |
| Toilet | $ 113,258.40 | 44.2% | $ 50,022.46 | 106 | 240 | 0.442 |
| Vanity | $ 28,908.00 | 44.2% | $ 12,767.70 | 106 | 240 | 0.442 |
| Vanity | $ 133,351.20 | 44.2% | $ 58,896.78 | 106 | 240 | 0.442 |
| Medicine Cabinet | $ 14,611.20 | 44.2% | $ 6,453.28 | 106 | 240 | 0.442 |
| Medicine Cabinet | $ 71,284.80 | 44.2% | $ 31,484.12 | 106 | 240 | 0.442 |
| Sub-floor demo | $ 9,028.80 | 45.8% | $ 4,138.20 | 110 | 240 | 0.458 |
| Sub-floor demo | $ 1,096.80 | 45.8% | $ 502.70 | 110 | 240 | 0.458 |
| Sub-floor install | $ 27,081.60 | 45.8% | $ 12,412.40 | 110 | 240 | 0.458 |
| Sub-floor install | $ 29,227.20 | 45.8% | $ 13,395.80 | 110 | 240 | 0.458 |
| Ceramic Floor | $ 72,213.60 | 45.0% | $ 32,496.12 | 108 | 240 | 0.450 |
| Ceramic Floor | $ 43,744.80 | 45.0% | $ 19,685.16 | 108 | 240 | 0.450 |
| Demo light/Smoke/CO | $ 17,414.40 | 44.2% | $ 7,691.36 | 106 | 240 | 0.442 |
| Demo light/Smoke/CO | $ - | 44.2% | $ - | 106 | 240 | 0.442 |
| Smoke/CO | $ 13,063.20 | 44.2% | $ 5,769.58 | 106 | 240 | 0.442 |
| Smoke/CO | $ 27,415.20 | 44.2% | $ 12,108.38 | 106 | 240 | 0.442 |
| Hall Light | $ 13,063.20 | 44.2% | $ 5,769.58 | 106 | 240 | 0.442 |
| Hall Light | $ 29,244.00 | 44.2% | $ 12,916.10 | 106 | 240 | 0.442 |
| Dining Light | $ 13,063.20 | 44.2% | $ 5,769.58 | 106 | 240 | 0.442 |
| Dining Light | $ 29,244.00 | 44.2% | $ 12,916.10 | 106 | 240 | 0.442 |
| Demo Patio Doors | $ 8,959.74 | 39.0% | $ 3,494.30 | 46 | 118 | 0.390 |
| Demo Patio Doors | $ 2,073.26 | 39.0% | $ 808.57 | 46 | 118 | 0.390 |
| Install Patio Doors | $ 16,024.40 | 39.0% | $ 6,249.52 | 46 | 118 | 0.390 |
| Install Patio Doors | $ 79,305.44 | 39.0% | $ 30,929.12 | 46 | 118 | 0.390 |
| Remove boiler | $ 25,847.64 | 87.04% | $ 22,497.01 | 47 | 54 | 0.870 |
| Remove boiler | $ - | 87.04% | $ - | 47 | 54 | 0.870 |
| Remove WH | $ 18,092.70 | 87.04% | $ 15,747.34 | 47 | 54 | 0.870 |
| Remove WH | $ - | 87.04% | $ - | 47 | 54 | 0.870 |
| Remove stacks | $ 15,518.52 | 42.3% | $ 6,565.89 | 22 | 52 | 0.423 |
| Remove stacks | $ - | 42.3% | $ - | 22 | 52 | 0.423 |
| Install boilers & controls | $ 47,042.10 | 87.04% | $ 40,944.03 | 47 | 54 | 0.870 |
| Install boilers & controls | $ 217,136.70 | 87.04% | $ 188,989.27 | 47 | 54 | 0.870 |
| Install WH | $ 31,017.06 | 87.04% | $ 26,996.32 | 47 | 54 | 0.870 |
| Install WH | $ 87,881.22 | 87.04% | $ 76,489.18 | 47 | 54 | 0.870 |
| Piping modifications | $ 93,050.64 | 87.04% | $ 80,988.49 | 47 | 54 | 0.870 |
| Piping modifications | $ 28,431.54 | 87.04% | $ 24,745.96 | 47 | 54 | 0.870 |
| Balance system | $ 7,753.32 | 87.04% | $ 6,748.26 | 47 | 54 | 0.870 |
| Balance system | $ - | 87.04% | $ - | 47 | 54 | 0.870 |
| Repair roof penetrations | $ 27,915.30 | 42.3% | $ 11,810.96 | 22 | 52 | 0.423 |
| Repair roof penetrations | $ - | 42.3% | $ - | 22 | 52 | 0.423 |
| Demo door/frame | $ 8,808.00 | 0% | $ - | 0 | 54 | 0.000 |
| Demo door/frame | $ 270.60 | 0% | $ - | 0 | 54 | 0.000 |
| Door w/window | $ 3,340.20 | 0% | $ - | 0 | 54 | 0.000 |
| Door w/window | $ 26,008.20 | 0% | $ - | 0 | 54 | 0.000 |
| Door Frame | $ 8,908.80 | 0% | $ - | 0 | 54 | 0.000 |
| Door Frame | $ 13,419.60 | 0% | $ - | 0 | 54 | 0.000 |
| Smoke/CO - entrance | $ 2,402.40 | 76.7% | $ 1,841.85 | 46 | 60 | 0.767 |
| Smoke/CO - entrance | $ 3,605.40 | 76.7% | $ 2,764.15 | 46 | 60 | 0.767 |
| Hall Light Sensor | $ 7,125.00 | 76.7% | $ 5,462.52 | 46 | 60 | 0.767 |
| Hall Light Sensor | $ 8,412.00 | 76.7% | $ 6,449.23 | 46 | 60 | 0.767 |
| Porch Column | $ 126,766.08 | 0% | $ - | 0 | 54 | 0.000 |
| Deck Stairs | $ 345,669.20 | 0% | $ - | 0 | 54 | 0.000 |
| **Total** | **$ 2,453,162.06** | | **$ 1,119,851.21** | | | |