IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 17 days, from September 26, 2006, through and including October 13, 2006, to file the Government's motion for summary judgment. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this motion.

This action arises from a Navy construction contract. On September 22, 2006, the parties' joint stipulation of facts and appendix were filed. An enlargement of time to file our summary judgment motion is required for the reasons set forth below.

In addition to this case, undersigned counsel of record is responsible for the following matters, among others, that have required his attention, or that will require his attention: (1) Hooker v. United States, Fed. Cl. Nos. 03-1501C and 04-1126C (cross-motion for summary judgment and response to plaintiff's motion for summary judgment filed September 7, 2006; corrected

appendix filed September 15, 2006); (2) Nguyen v. United States, CIT No. 06-138 (reply to plaintiff's opposition to Government's motion to dismiss due September 27, 2006); (3) Hoh River Timber Co. v. United States, Fed. Cl. No. 06-418 (Government's response to complaint due on or before October 16, 2006); (4) Brooks v. United States, Fed. Cl. No. 03-2470 (privilege log due filed September 22, 2006); (5) Patrick v. United States, Fed. Cir. No. 06-7254 (expect to file Government's brief on or before November 2, 2006); (6) Stone v. United States, Fed. Cir. No. 06-7069 (oral argument scheduled for October 3, 2006); and (7) Hicks v. United States, Fed. Cl. No. 05-1058 (October 6, 2006 discovery cutoff). We will be seeking an enlargement in the Nguyen case as well.

An enlargement of time is requested to enable counsel to file a motion for summary judgment that thoroughly addresses the relevant issues, and so that counsel can fulfill his responsibilities in his other cases as well.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including October 13, 2006, for the parties to file their joint stipulations of facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 26, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 26TH day of September 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder