# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: September 27, 2006**

## O R D E R

The court is in receipt of the defendant's September 26, 2006 unopposed motion for an enlargement of time of 17 days, to and including October 13, 2006, within which to file its motion for summary judgment. Defendant's motion for an enlargement of time is **GRANTED**. Defendant shall file its motion for summary judgment on or before **Friday, October 13, 2006**. To discuss whether discovery is necessary before the plaintiff responds to the defendant's motion, and whether there are material facts in dispute, the court had scheduled a conference for October 3, 2006. In light of the above enlargement of time, the conference is **RESCHEDULED** for **Tuesday, October 24, 2006, at 10:30 a.m. EDT**. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment prior to the October 24, 2006 status conference. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**