IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of five days, from October 13, 2006, through and including October 18, 2006, to file the Government’s motion for summary judgment. We previously were granted a 17-day enlargement of time for this purpose. Plaintiff’s counsel does not oppose this motion.

This action arises from a Navy construction contract. On September 22, 2006, the parties’ joint stipulation of facts and appendix were filed. The Government has worked diligently upon its summary judgment motion and has prepared drafts of the motion, including citations to the joint stipulation of facts and joint appendix. However, additional work needs to be done before the motion is ready for filing. This includes submitting the motion for internal review and further review by agency counsel, making any changes required as a result, and preparing the motion for electronic filing.

In addition undersigned counsel of record is responsible for the numerous matters that have required or will require his attention, including, among others: (1) Hoh River Timber Co. v. United States, Fed. Cl. No. 06-418C (Government's response to complaint due on or before October 16, 2006); (2) Stone v. United States, Fed. Cir. No. 06-7069 (oral argument conducted October 3, 2006); (3) Hicks v. United States, Fed. Cl. No. 05-1058C (deposition conducted in St. Louis on October 5, 2006); and (4) China Processed Food Import & Export Co. v. United States, CIT No. 04-503 (Government's supplemental brief due October 19, 2006).

An enlargement of time is requested to enable counsel to file a motion for summary judgment that thoroughly addresses the relevant issues and to enable him to meet his responsibilities in his other cases as well.

## CONCLUSION

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including October 18, 2006, to file defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 13, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 13th day of October 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder