# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **OAK ENVIRONMENTAL CONSULTANTS, INC.,** | * |
| **Plaintiff,** | * **No. 06-113C** |
| **v.** | * **Filed: October 16, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

## O R D E R

The court is in receipt of the defendant's October 13, 2006 unopposed motion for an enlargement of time of five days, to and including October 18, 2006, within which to file its motion for summary judgment. Defendant's motion for an enlargement of time is **GRANTED**. Defendant shall file its motion for summary judgment on or before **Wednesday, October 18, 2006**. To discuss whether discovery is necessary before the plaintiff responds to the defendant's motion, and whether there are material facts in dispute, the court had scheduled a conference for October 24, 2006. In light of the above enlargement of time, the conference is **RESCHEDULED** for **Friday, November 3, 2006, at 10:30 a.m. EST**. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment prior to the November 2, 2006 status conference. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**