IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of two days, from October 18, 2006, through and including October 20, 2006, to file the Government's motion for summary judgment. We previously were granted enlargements of time totaling 22 days for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This action arises from a Navy construction contract. On September 22, 2006, the parties' joint stipulation of facts and appendix were filed. The Government has worked diligently upon its summary judgment motion, has submitted the motion for internal review, and has obtained the comments of the reviewer. However, based upon the reviewer's comments, additional work still needs to be done before the motion can be filed.

Accordingly, we request a brief, two-day enlargement of time to file our summary judgment motion. This will ensure that we file a memorandum of law that thoroughly and clearly addresses

the relevant legal issues, and that will be of assistance to the Court in deciding our motion. We did not file this motion sooner because we did not know until the afternoon of October 18, 2006 that an enlargement of time would be required.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including October 20, 2006, to file defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 18, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 18th day of October 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder