# In the United States Court of Federal Claims

| | |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, v. UNITED STATES, Defendant. | **No. 06-113C**<br>**Filed: November 13, 2006** |

## ORDER

The court held a status conference in the above-captioned case on November 3, 2006. The plaintiff advised the court that bad faith is not an issue in this case. The plaintiff requested limited discovery on how definite the duration of the suspension was, for purposes of calculating the Eichleay formula, which the court authorizes. The limited discovery shall close on or before **Wednesday, January 17, 2007**. On or before **Wednesday, January 17, 2007**, the parties shall file a Joint Status Report, reflecting the close of discovery, indicating settlement prospects, identifying any material facts in dispute, and proposing how to resolve the claims in this case, with a proposed schedule. The court **SCHEDULES** a status conference for **Thursday, February 1, 2007, at 10:30 a.m. EST**. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment or a cross-motion prior to the February 1, 2007 status conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**