IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OAK ENVIRONMENTAL CONSULTANTS, INC.,

Plaintiff,

v. Civil Action No. 06-113C

THE UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Pursuant to United States Court of Federal Claims Rule 6.1, Plaintiff, Oak Environmental Consultants, Inc., respectfully requests an enlargement of time to complete discovery of thirty days from January 17, 2007 through and including February 16, 2007. No previous request has been made regarding an extension of the discovery deadline. Defendant's counsel consents to the requested enlargement.

The Court issued an Order on November 13, 2006 establishing a discovery cutoff date of January 17, 2007, and granting the Plaintiff the right to conduct limited discovery. The Plaintiff served its First Request for Production of Documents on the Defendant on November 16, 2006 and a response was due on or about December 17, 2006.

Given the short discovery period, the Plaintiff requested that the "documents be provided as soon as possible." It was the Plaintiff's expectation that the documents would be furnished promptly so that depositions could proceed in an orderly fashion after the receipt and review of the documents. The Plaintiff's request was specific and was limited to six inquiries.

The Defendant responded to the request for documents on December 20, 2006 by generally objecting to each request, but nevertheless offering to make "non-privileged, responsive documents available for inspection and copying at a mutually convenient time at the Litigation Headquarters, Washington Navy Yard." The Plaintiff responded by letter the same day, December 20, 2006, asking that that the documents be made available during the next two weeks so that depositions could be completed during the week of January 9, 2007.

Defendant's counsel has stated that the holiday period and the unavailability of agency counsel due to travel, made it impossible to provide the documents prior to the discovery cutoff date. In addition, Defendant's counsel has stated that he will provide dates for inspection of the documents within the next few days and that agency counsel

is in the process of locating the persons to be deposed and that the requested deponents will be made available.

**CONCLUSION**

For the foregoing reasons, Plaintiff, Oak Environmental Consultants, Inc., respectfully requests that the Court grant an enlargement of time, through and including February 16, 2007, for the parties to complete discovery.

Respectfully submitted,

*s/ Michael H. Payne*

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
Tel: 215-542-2777
Fax: 215-542-2779
E-mail: mhp@phslegal.com

Attorney for
Oak Environmental
Consultants,Inc.

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 16th day of January 2007, a copy of the foregoing "Plaintiff's Unopposed Motion for An Enlargement Of Time To Complete Discovery" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Michael H. Payne*