# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| OAK ENVIRONMENTAL CONSULTANTS, INC., | |
| Plaintiff, | **No. 06-113C** |
| v. | **Filed: January 17, 2007** |
| UNITED STATES, | |
| Defendant. | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the plaintiff's January 16, 2006 unopposed motion for an enlargement of time to complete discovery. The plaintiff requests an enlargement of thirty (30) days from January 17, 2007 through and including February 16, 2007 to complete discovery. The court **GRANTS** the plaintiff's request. Discovery shall close on or before **Tuesday, February 20, 2007**. On or before **Tuesday, February 20, 2007**, the parties shall file a Joint Status Report, reflecting the close of discovery, indicating settlement prospects, identifying any material facts in dispute, and proposing how to resolve the claims in this case, with a proposed schedule. The court **SCHEDULES** a status conference for **Thursday, March 1, 2007, at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment or a cross-motion prior to the March 1, 2007 status conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**