IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated January 17, 2007, defendant, the United States, respectfully submits this status report upon behalf of the parties.

The Government previously filed a motion for summary judgment. Plaintiff is in the process of pursuing limited discovery, which plaintiff has indicated is necessary to respond to the Government's motion. This discovery includes depositions of certain current and former Government employees. The current deadline to complete limited discovery is February 20, 2007.

The parties are working cooperatively to complete the outstanding discovery. Certain documents were produced on or about February 12, 2007. Further, the deposition of one witness has been scheduled for February 23, 2007 in Philadelphia. The parties are in the process of scheduling three additional depositions for the week of March 5, 2007 in Newport, Rhode Island. Plaintiff's counsel has indicated that two additional depositions may need to be scheduled for a later date.

Accordingly, plaintiff's counsel indicates that they require an enlargement of time of 45 days, through and including April 4, 2007, to complete limited discovery. The Court previously has granted plaintiff an enlargement of time of 34 days for this purpose. The Government consents to the proposed enlargement of time.

Regarding settlement prospects in this matter, the parties believe they may be in a better position to address the issue following the completion of limited discovery, assuming that an enlargement of the current discovery deadline is granted. Similarly, with respect to the remaining issues in the Court's January 17, 2007 order (i.e., identification of any material facts in dispute, proposals regarding how to resolve the claims in the case, and a proposed schedule), the parties respectfully request that the Court permit the parties to address those issues in another status report once depositions have been completed.

Plaintiff's counsel has reviewed this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

***s/Steven J. Gillingham***
***by BMS***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

February 20, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of February 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder