# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: February 21, 2007**

**O R D E R**

The court is in receipt of the parties' February 20, 2007, joint status report, in which the parties propose an enlargement of 45 days, through and including April 4, 2007, to complete limited discovery. As requested by the parties, discovery shall close on or before **Wednesday, April 4, 2007**. On or before **Monday, April 9, 2007**, the parties shall file a joint status report, reflecting the close of discovery, indicating settlement prospects, identifying any material facts in dispute, and proposing how to resolve the claims in this case, with a proposed schedule and time line. The previously scheduled status conference for March 1, 2007, is **RESCHEDULED** for **Friday, April 13, 2007, at 10:30 a.m. EDT**. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment or a cross-motion prior to the April conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**