IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this status report upon behalf of the parties.

The Government previously filed a motion for summary judgment. Plaintiff has conducted limited discovery, which plaintiff has indicated is necessary to respond to the Government's motion. This discovery included depositions of certain current and former Government employees in Philadelphia, Pennsylvania and Newport, Rhode Island. The deadline for completing that limited discovery was April 4, 2007.

Should the Court grant additional time for discovery as requested below, the remaining discovery is as follows: Plaintiff intends to conduct one more deposition, which the parties have tentatively scheduled for April 19, 2007. The witness will be unavailable until that date. Further, during the depositions in Newport, the deponents disclosed the existence of documents responsive to plaintiff's discovery request. Plaintiff has requested that the Government produce this additional documentation.

To enable the plaintiff to complete the remaining limited fact discovery that it has indicated is necessary to properly respond to the Government's motion, plaintiff respectfully requests that the Court grant it an additional 27 days, through and including May 1, 2007, to complete such discovery. The deadline to complete limited discovery previously has been enlarged twice for a total of 79 days. The Government consents to the proposed enlargement of time until May 1, 2007.

Regarding settlement prospects in this matter, the parties believe they may be in a better position to address the issue following the completion of limited discovery, assuming that an enlargement of the current discovery deadline is granted. Similarly, with respect to the remaining issues that the Court has directed the parties to address (i.e., identification of any material facts in dispute, proposals regarding how to resolve the claims in the case, and a proposed schedule), the parties respectfully request that the Court permit the parties to address those issues in another status report once the remaining discovery has been completed.

Plaintiff's counsel has reviewed this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham by BMS***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 9, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 9th day of April 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder