# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: April 10, 2007**

## O R D E R

The court is in receipt of the parties' April 9, 2007 joint status report, in which the parties propose an enlargement of 27 days, through and including May 1, 2007, to complete limited discovery. As requested by the parties, discovery shall close on or before **Tuesday, May 1, 2007**. On or before **Monday, May 7, 2007**, the parties shall file a joint status report, reflecting the close of discovery, indicating settlement prospects, identifying any material facts in dispute, and proposing how to resolve the claims in this case, with a proposed schedule and time line. The previously scheduled status conference for Friday, April 13, 2007, is **RESCHEDULED** for **Friday, May 11, 2007, at 10:30 a.m. EDT**. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (215) 542-2777 and defendant's counsel at (202) 305-7788. Counsel for the plaintiff shall not file a response to defendant's motion for summary judgment or a cross-motion prior to the May conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**