# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: May 11, 2007**

## O R D E R

The court held a status conference in the above-captioned case on May 11, 2007, with the parties appearing by telephone. Plaintiff advised the court that its additional, limited discovery was completed on May 10, 2007. Both parties indicated that the September 22, 2006 joint stipulation of facts requires supplementation. On or before **Friday, May 25, 2007**, the parties shall file a supplemental joint stipulation of facts, specifically citing to supporting documents in an attached appendix. The parties also shall file individual statements as to whether or not they believe there are material facts in dispute which would preclude disposition by summary judgment. On or before **Friday, June 8, 2007**, plaintiff shall file its combined response to defendant's earlier filed brief and cross-motion for summary judgment. On or before **Wednesday, June 27, 2007**, defendant shall file its combined response and reply on its motion for summary judgment. On or before **Wednesday, July 11, 2007**, plaintiff shall file its reply brief.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**