IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR SUPPLEMENTAL JOINT STIPULATIONS OF FACT AND SUPPLEMENTAL APPENDIX**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of seven days, from May 25, 2007, through and including June 1, 2007, for the parties to file their supplemental joint stipulations of fact ("supplemental facts") and supplemental appendix. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this motion.

This action arises from a Navy construction contract. Plaintiff has prepared a draft of the supplemental facts. Government counsel currently intends to propose minor changes. However, a short enlargement is required to allow Government counsel to confer with agency counsel, who currently is out of the office. Further, the Government also will need to discuss the proposed changes with plaintiff's counsel. Accordingly, we respectfully request a brief enlargement of time to enable the parties to finalize their supplemental joint facts.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including June 1, 2007, for the parties to file their supplemental facts and supplemental appendix.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

May 25, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 25th day of May 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR SUPPLEMENTAL JOINT STIPULATIONS OF FACT AND SUPPLEMENTAL APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder