# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: June 1, 2007**

**O R D E R**

The court is in receipt of defendant's unopposed motion for an enlargement of time to file a supplemental joint stipulation of fact and supplemental appendix. Defendant's motion is **GRANTED**. On or before **Friday, June 1, 2007**, the parties shall file a supplemental joint stipulation of facts, specifically citing to supporting documents in an attached, supplemental appendix. The parties also shall file individual statements as to whether or not they believe there are material facts in dispute which would preclude disposition by summary judgment. As a result of this enlargement, on or before **Friday, June 15, 2007**, plaintiff shall file its combined response to defendant's earlier filed brief and cross-motion for summary judgment. On or before **Thursday, July 5, 2007**, defendant shall file its combined response and reply on its motion for summary judgment. On or before **Wednesday, July 18, 2007**, plaintiff shall file its reply brief.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**