IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | |
| v. | Civil Action No. 06-113C |
| THE UNITED STATES OF AMERICA, Defendant. | |

**STIPULATION BY PLAINTIFF OAK ENVIRONMENTAL CONSULTANTS, INC.**

The Plaintiff hereby stipulates that there are no material facts in dispute precluding disposition by summary judgment. However, it is noted that the question of whether the suspension of work is definite or indefinite is a mixed question of fact and law that remains open.

Respectfully submitted,

s/ Michael H. Payne

Attorney for Oak Environmental Consultants, Inc.