**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 1st day of June 2007, a copy of the foregoing Supplement to the Joint Stipulation of Facts Supplement to the Administrative Record and Stipulation were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael H. Payne