IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 35 days, from July 5, 2007, through and including August 9, 2007, to file the Government's reply and opposition to plaintiff's cross-motion for summary judgment. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not consent to this motion.

In addition to this action, counsel of record for the Government is responsible for numerous other matters that have required his attention in recent weeks, or will require his attention, including, but not limited to: (1) Blue Lake v. United States, Fed. Cl. No. 01-570C (consolidated action) (continuing involvement with discovery and settlement issues); (2) Hooker v. United States, Fed. Claims No. 03-1501C (Government's expert report June 28, 2007, initial trial exhibit list, and witness list served June 28, 2007; (3) John Snow, Inc. v. United States,

Fed. Cl. No. 06-97C (opposition to summary judgment motion filed on June 29, 2007); (4) Rome Research Corp. v. United States, Fed. Cl. No. 06-377C (Government's written responses to plaintiff's initial discovery requests served on or about June 15, 2007; Government's responses to plaintiff's second set of discovery requests and requests for admissions due July 9, 2007, extension to be sought; ADR recommendation memorandum to be prepared); (5) Friedman v. United States, Fed. Cl. No. 05-1355 (Government's response to plaintiff's motion to reconsider, vacate and set aside order dismissing complaint due July 18, 2007); (6) Nguyen v. Secretary of Agriculture, CIT No. 06-138 (response to plaintiff's comments regarding Government's remand determination due July 23, 2007); and (7) Brooks v. United States, Fed. Cl. No. 03-2470 (Government's response to plaintiff's motion for judgment upon the administrative record due July 25, 2007).

Accordingly, an enlargement of time is necessary to file our reply and respond to plaintiff's cross-motion. The proposed enlargement will ensure that we file a memorandum of law that thoroughly and clearly addresses the relevant legal issues, and that will be of assistance to the Court in deciding our motion and plaintiff's cross-motion.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant an enlargement of time, through and including August 9, to file defendant's reply and response to plaintiff's cross-motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

July 3, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 3rd day of July 2007, a copy of the foregoing “**DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY AND OPPOSITION TO PLAINTIFF’S CROSS-MOTION FOR SUMMARY JUDGMENT**” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder