# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
OAK ENVIRONMENTAL CONSULTANTS, INC.,
Plaintiff,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: July 3, 2007**

## O R D E R

The court is in receipt of defendant's July 3, 2007 motion for an enlargement of time to file a combined response to the plaintiff's motion for summary judgment, and reply on its own motion for summary judgment. Plaintiff opposes the motion. As discussed with the parties on July 3, 2007, the court **PARTIALLY GRANTS** defendant's motion. On or before **Monday, July 9, 2007**, defendant shall file its combined response, and reply on its motion for summary judgment. As previously scheduled, on or before **Wednesday, July 18, 2007**, plaintiff shall file its reply brief.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**