# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **OAK ENVIRONMENTAL CONSULTANTS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | * | **No. 06-113C**<br>**Filed: August 7, 2007** |

## O R D E R

The court issued an opinion on August 6, 2007, denying the parties' cross-motions for summary judgment. In order to discuss future proceedings, the court **SCHEDULES** a status conference for **Friday, September 7, 2007, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact defendant's counsel at (202) 305-7788, and plaintiff's counsel at (215) 542-2777. In light of the court's August 6, 2007 opinion, the parties shall consult with each other and be prepared to propose how to resolve this case, with a proposed timeline.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**