IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report.

Since the last status report was filed, the parties' attorneys have negotiated a settlement proposal that can be forwarded to the authorized representative of the Attorney General. Counsel for the Government is in the process of preparing the required settlement memorandum and proposed settlement agreement.

Accordingly, the parties respectfully request that further proceedings in this matter be stayed to provide the parties with an opportunity to complete the settlement process.

Respectfully submitted,

/S/ Michael H. Payne
MICHAEL H. PAYNE
Payne Hackenbracht & Sullivan
220 Commerce Dr. Suite 100
Fort Washington, PA 19034
Tele: (215) 542-2777

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

November 19, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 19th day of November 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing syste1m. Parties may access this filing through the Court's system.

/s/ Michael H. Payne