# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**OAK ENVIRONMENTAL CONSULTANTS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-113C**
**Filed: November 29, 2007**

## O R D E R

The court held a status conference in the above-captioned case on November 28, 2007, with the parties appearing by telephone. The parties are commended for their settlement efforts. As discussed at the conference, defendant shall file weekly status reports on settlement progress. The first status report is due on or before **Wednesday, December 5, 2007**. Defendant's status reports shall continue until the court receives a joint stipulation of dismissal from the parties.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**