IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Defendant, the United States, respectfully submits this status report updating the Court regarding the status of settlement in the above captioned case.

The internal Government settlement memorandum has undergone initial level review at the Department of Justice, and has now been submitted to the authorized representative of the Attorney General for final review and action.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 12, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 12th day of December 2007, a copy of the foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder