IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Defendant, the United States, respectfully submits this status report updating the Court regarding the status of settlement in the above captioned case.

As previously noted, the internal Government settlement memorandum has now been approved by the authorized representative of the Attorney General. The parties have been attempting to resolve a minor issue regarding the release language in the settlement agreement. The Government expects that the parties will be able to resolve the issue at the beginning of January 2008. The Government anticipates that, once that issue is resolved, the parties will promptly execute the settlement agreement and stipulation of dismissal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
***by PMM***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 21, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 26th day of December 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder