IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS, INC., Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Defendant, the United States, respectfully submits this status report updating the Court regarding the status of settlement in the above captioned case.

As previously noted, the internal Government settlement memorandum has now been approved by the authorized representative of the Attorney General. The parties have not yet resolved the outstanding issue that has prevented the settlement agreement from being executed. Undersigned counsel is awaiting certain information that must be provided by the agency before the issue can be resolved. On January 9, 2007, the agency confirmed that it will provide the information shortly. The Government anticipates that, once it has received the necessary information, the issue will be resolved expeditiously, and that a stipulation of dismissal thereafter will be promptly filed.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 9, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 9th day of January 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder