IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OAK ENVIRONMENTAL CONSULTANTS INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-113C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

By mutual agreement of the parties in this case, and pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, plaintiff, Oak Environmental Consultants, Inc., and defendant, the United States, hereby stipulate to the dismissal, with prejudice, of all of the claims asserted herein. Each party will bear its own costs, attorney fees, and expenses.

MICHAEL H. PAYNE
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
Tele: (215) 542-2777

Attorney for Plaintiff

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

*s/Steven J. Gillingham*
Steven J. Gillingham
Assistant Director

*s/Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

OF COUNSEL:
AUDREY VAN DYKE
Department of the Navy

February 1, 2008

CERTIFICATE OF FILING

I hereby certify that on February 1, 2008, a copy of the foregoing "STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder
Richard P. Schroeder