# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **OAK ENVIRONMENTAL CONSULTANTS, INC.,** | |
| **Plaintiff,** | **No. 06-113C** |
| **v.** | **Filed: February 1, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' February 1, 2008 joint stipulation of dismissal, with prejudice, following the court's decision issued on August 6, 2007. The parties are commended for their successful settlement efforts. Pursuant to the joint stipulation of dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**