# In the United States Court of Federal Claims

**No. 06-113 C**

**OAK ENVIRONMENTAL CONSULTANTS, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 1, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41, that the complaint is dismissed, with prejudice. Each party shall bear its own costs, expenses and attorney fees.

John S. Buckley
Acting Clerk of Court

February 4, 2008 By: s/ Debra L. Samler

Deputy Clerk